**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-11538

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B ...................................................................

   $4,316,099.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B ...............................................................

   $12,210,286.32

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B ...................................................................

   $16,526,385.32

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

   $14,539,106.96

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

   $99,100.68

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

   + $28,328,247.35

4. **Total liabilities**
   Lines 2 + 3a + 3b ...................................................................................................

   $42,966,454.99

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

2.1. _____  $_____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | BMO<br>20000<br>ARGENTIA RD<br>MISSISSAUGA ON<br>CANADA | CHECKING | 3760 | $53,304.37 |
| 3.2. | BMO<br>20000<br>ARGENTIA RD<br>MISSISSAUGA ON<br>CANADA | CHECKING | 6226 | $4,012.05 |
| 3.3. | WELLS FARGO<br>4580<br>PACIFIC BLVD.<br>VERNON CA 90058 | CHECKING | 6167 | $44,604.74 |

**4. Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

Debtor    **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $101,921.16 |

---

| **Part 2:** | **Deposits and prepayments** |

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.  SECURITY DEPOSIT<br><br>FREDERICO ENTERPRISES<br>ANA FREDERICO<br>16380 RAILROAD AVE<br>MORGAN HILL CA 95037-5210 | $8,100.00 |
| 7.2.  SECURITY DEPOSIT<br><br>MONCRIEF PROPERTIES<br>950 COMMERCE ST<br>FORT WORTH TX 76102 | $5,600.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.  OFFICE SUPPLIES<br>1WORLD SYNC-INV#3080826 | $5,700.00 |
| 8.2.  PREPAID TAXES & LICENSES<br>AIR PRODUCTS | $729.45 |
| 8.3.  BMO INT EXP<br>BMO DEFERRED LOAN FEES | $3,567.81 |
| 8.4.  PREPAID TAXES & LICENSES<br>CA DEPT OF PUBLIC HEALTH CALD01 | $222.50 |
| 8.5.  PREPAID TAXES & LICENSES<br>CA DEPT OF PUBLIC HEALTH CALD01 | $66.70 |
| 8.6.  PREPAID TAXES & LICENSES<br>CERD ID LC | $3,662.93 |
| 8.7.  PREPAID TAXES & LICENSES<br>CERT ID LC INV # 5940 | $78.22 |
| 8.8.  PREPAID TAXES & LICENSES<br>CERT ID LC INV# 6047 | $1,971.43 |
| 8.9.  PREPAID TAXES & LICENSES<br>CERT ID LC INV# 6467 | $793.90 |
| 8.10.  PREPAID TAXES & LICENSES<br>CERT ID LC INV#5938 | $98.26 |

Debtor    **Huxtable's Kitchen, Inc.**                                                  Case number *(if known)* **16-_____**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment                                          Current value of
                                                                                            debtor's interest

| 8.11. | PREPAID TAXES & LICENSES | $136.35 |
| | CHRIS PEREZ EXP-5 LICENSES OF VISIO | |
| 8.12. | PREPAID TAXES & LICENSES | $350.00 |
| | CITVH IN0016752 | |
| 8.13. | PREPAID TAXES & LICENSES | $3,330.67 |
| | CITY OF VERNON | |
| 8.14. | COMMUNICATIONS | $1,020.00 |
| | CITY OF VERNON CITV02 INV# GEN-28840 | |
| 8.15. | COLD STORAGE | $29,102.17 |
| | COLD STORAGE DEFERRAL | |
| 8.16. | PREPAID TAXES & LICENSES | $10,649.42 |
| | COUNTY SANITATION DISTRICT | |
| 8.17. | PREPAID TAXES & LICENSES | $12,871.33 |
| | COUNTY SANITATION DISTRICT OF LA | |
| 8.18. | LEGAL | $2,333.33 |
| | DAVID BUCK CPA INV#1384 | |
| 8.19. | INSURANCE PREPAYMENTS | $85,884.00 |
| | EDGEWOOD PARTNERS INSURANCE | |
| 8.20. | REP/MAIN | $5,062.66 |
| | FEB REP/MAINT-DEFERRAL | |
| 8.21. | KITCHEN SUPPLIES | $8,421.10 |
| | FEB SUPPLIES DEFERRAL | |
| 8.22. | PREPAID TAXES & LICENSES | $640.00 |
| | FRANCHISE TAX BOARD FTXB04 | |
| 8.23. | LEGAL | $3,965.75 |
| | GIBNEY, ANTHONY & FLAHERTY INV#308354 | |
| 8.24. | LEGAL | $882.54 |
| | GIBNEY, ANTHONY, & FLAHERTY INV # 309697 | |
| 8.25. | LEGAL | $2,800.00 |
| | GLENN D COHEN MD | |
| 8.26. | LEGAL | $3,833.58 |
| | HANEY & YOUNG # 31756 | |
| 8.27. | LEGAL | $1,522.63 |
| | HANEY & YOUNG # 31784 | |
| 8.28. | LEGAL | $3,120.11 |
| | HANEY AND YOUNG LLP INV#31581 | |
| 8.29. | LEGAL | $1,330.86 |
| | HANEY AND YOUNG LLP INV#31636 | |

Debtor    **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**8.**        **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

Current value of
debtor's interest

| | | |
|---|---|---|
| 8.30. | LEGAL | $961.41 |
| | HANEY AND YOUNG LLP INV#31637 | |
| 8.31. | LEGAL | $858.56 |
| | HANEY AND YOUNG LLP INV#31642 | |
| 8.32. | LEGAL | $4,276.71 |
| | HANEY AND YOUNG LLP INV#31653 | |
| 8.33. | _____ | $6,453.45 |
| | HOWARD HAPNER'S PAYROLL-SSK | |
| 8.34. | DUES & SUBS | $50.00 |
| | ICIX (3 YEAR MEMBERSHIP) | |
| 8.35. | LEGAL | $2,666.67 |
| | JOHN W. CRAIG-04/7/2016 INVOICE | |
| 8.36. | PREPAID TAXES & LICENSES | $2,891.11 |
| | LA COUNTY TAX COLLECTOR | |
| 8.37. | OFFICE SUPPLIES | $1,633.33 |
| | LIAISON-INV# IN571120354 | |
| 8.38. | PREPAID TAXES & LICENSES | $17,296.68 |
| | LOS ANGELES COUNTY TAX COLLECTOR | |
| 8.39. | PREPAID TAXES & LICENSES | $100.73 |
| | LOS ANGELES COUNTY TREASURER | |
| 8.40. | CONSULTING | $583.33 |
| | PAYCOM | |
| 8.41. | PREPAID TAXES & LICENSES | $2,057.20 |
| | PENK01 INV# 8720164 VEHICAL REG COST | |
| 8.42. | PREPAID TAXES & LICENSES | $2,044.58 |
| | PENSKE | |
| 8.43. | PREPAID TAXES & LICENSES | $16,302.06 |
| | RON WRIGHT-TARRANT COUNTY TAX | |
| 8.44. | LEGAL | $6,000.00 |
| | STEVEN H. HANEY CORP | |
| 8.45. | LEGAL | $4,562.95 |
| | STEVEN HANEY #31692 | |
| 8.46. | LEGAL | $1,953.12 |
| | STEVEN HANEY #31741 | |
| 8.47. | KITCHEN SUPPLIES | $7,753.59 |
| | SUPPLIES DEFERRAL | |
| 8.48. | PREPAID TAXES & LICENSES | $915.71 |
| | SWRCB | |

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.49. | TRADE SHOWS | $7,984.62 |
| | TRADE SHOWS/PROMOTION | |
| 8.50. | PREPAID TAXES & LICENSES | $331.64 |
| | USDA02 VCH 213803 | |
| 8.51. | TRADE SHOWS | $1,993.75 |
| | VECTOR DISPLAYS | |
| 8.52. | OFFICE SUPPLIES | $2,325.00 |
| | VEN USDH01-HECTOR/ CHRISTIAN H-1B APPS | |
| 8.53. | _____ | $3,000.00 |
| | XTUPLE 14429-INV | |
| 8.54. | _____ | $10,528.12 |
| | YE15 AUDIT ADJ 13-VC999 RECLASS CAPITAL LEASE | |

9. **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.                       $313,372.02

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  |  | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| | | Face amount | Doubtful or uncollectible accounts | | |

11. **Accounts receivable**

| | | Face amount | Doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $2,550,770.77 | - $0.00 | = ........ → | $2,550,770.77 |
| | | Face amount | Doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $46,389.48 | - $0.00 | = ........ → | $46,389.48 |

12. **Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.            $2,597,160.25

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

14.1. _____   _____   $_____

**15.   Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity | % of ownership | | |
|---|---|---|---|
| 15.1. SIMMERING SOUP KITCHEN, LLC | 100.00% | _____ | UNKNOWN |

**16.   Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

16.1. _____   _____   $_____

**17.   Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> UNKNOWN

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.   Raw materials**

| 19.1. INGREDIENTS[1] | 6/17/2016 | $1,165,440.72 | STD COST | $1,165,440.72 |
|---|---|---|---|---|

[1]A PORTION OF THE PROPERTY PURCHASED WITHIN 20 DAYS BEFORE THE BANKRUPTCY WAS FILED, MAY NOT CURRENTLY REMAIN IN INVENTORY.

**20.   Work in progress**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 20.1. INGREDIENTS | 6/17/2016 | $80,264.23 | STD COST | $80,264.23 |

**21.   Finished goods, including goods held for resale**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21.1. FINISHED GOODS | 6/17/2016 | $359,849.80 | STD COST | $359,849.80 |

**22.   Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. CONTAINERS | 6/17/2016 | $461,273.00 | STD COST | $461,273.00 |

**23.   Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

> $2,066,827.75

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**24.   Is any of the property listed in Part 5 perishable?**

☐ No
☒ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☒ Yes Book value: $97,000.00 Valuation method: BOOK VALUE Current value: $97,000.00

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.   Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.   Farm animals.**  Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.   Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.   Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.   Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.   Total of part 6**

Add lines 28 through 32. Copy the total to line 85.                          $0.00

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1.  FURNITURE & FIXTURES[1] | $81,714.00 | Net book value | $81,714.00 |

[1]ASSETS WHICH MAY HAVE BEEN DISPOSED/ABANDONED MAY BE INCLUDED HEREIN.

| | | | |
|---|---|---|---|
| **40.       Office fixtures** | | | |
| 40.1. | $_____ | _____ | $_____ |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. | $_____ | _____ | $_____ |

42.  **Collectibles.**  Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. | $_____ | _____ | $_____ |

43.  **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

$81,714.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

---

Debtor   **Huxtable's Kitchen, Inc.**                                                           Case number *(if known)* **16-_____**

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.   _____   $_____   _____   $_____

**48.**   **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.   _____   $_____   _____   $_____

**49.**   **Aircraft and accessories**

49.1.   _____   $_____   _____   $_____

**50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1. | MACHINERY & EQUIPMENT[1] | $6,195,667.00 | Net Book Value | $6,195,667.00 |
| 50.2. | WAREHOUSE VEHICLES SUCH AS FORKLIFTS AND PALLET JACKS[1] | $62,322.00 | Net book value | $62,322.00 |
| 50.3. | COMPUTER SYSTEMS[1] | $71,126.00 | Net book value | $71,126.00 |
| 50.4. | TELEPHONE EQUIPMENT[1] | $6,462.00 | Net book value | $6,462.00 |

[1]ASSETS WHICH MAY HAVE BEEN DISPOSED/ABANDONED MAY BE INCLUDED HEREIN.

**51.**   **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$6,335,577.00

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   **Real property**

**54.**   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1.[1] | _____<br><br>VARIOUS LEASHOLD IMPROVEMENTS<br><br>_____ | LEASSHOLD IMPROVEMENTS | $1,384,007.00 | Net Book Value | $1,384,007.00 |

Debtor   **Huxtable's Kitchen, Inc.**                                                     Case number *(if known)* **16-_____**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.2.[1] _____<br><br>CONSTRUCTION IN PROGRESS | CONSTRUCTION IN PROGRESS | $2,932,092.00 | Net Book Value | $2,932,092.00 |
| 55.3. _____<br><br>PROPERTY LEASE<br><br>_____<br>500 E. TEXAS AVE<br>FORT WORTH TX | LEASEHOLD | UNKNOWN | _____ | UNKNOWN |
| 55.4. _____<br><br>PROPERTY LEASE<br><br>_____<br>1124 54TH AVE<br>FIFE WA | LEASEHOLD | UNKNOWN | _____ | UNKNOWN |
| 55.5. _____<br><br>BUILDING NO.1 (2100 E. 49TH ST)<br><br>_____<br>2100 E. 49TH STREET<br>VERNON CA 90058 | LEASEHOLD | UNKNOWN | _____ | UNKNOWN |
| 55.6. _____<br><br>BUILDING NO. (2080 E. 49TH ST)<br><br>_____<br>2080 E. 49TH<br>VERNON CA 90058 | LEASEHOLD | UNKNOWN | _____ | UNKNOWN |
| 55.7. _____<br><br>LEASE WITH ANA FREDERICO<br><br>_____ | LEASEHOLD | UNKNOWN | _____ | UNKNOWN |
| 55.8. _____<br><br>LEASE WITH MONCREIF PROPERTIES<br><br>_____ | LEASEHOLD | UNKNOWN | _____ | UNKNOWN |

[1]ASSETS WHICH MAY HAVE BEEN DISPOSED/ABANDONED MAY BE INCLUDED HEREIN.

**56.**   **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

$4,316,099.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.** **Internet domain names and websites** | | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. WWW.HUXTABLES.COM | UNKNOWN | _____ | UNKNOWN |
| **62.** **Licenses, franchises, and royalties** | | | |
| 62.1. _____ | $_____ | _____ | $_____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. _____ | $_____ | _____ | $_____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1. _____ | $_____ | _____ | $_____ |
| **65.** **Goodwill** | | | |
| 65.1. _____ | $_____ | _____ | $_____ |

**66.** **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

UNKNOWN

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **Huxtable's Kitchen, Inc.**    Case number *(if known)* **16-_____**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

**71.** **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $_____ | - $_____ | = ........ → | $_____ |

**72.** **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $_____ | $_____ | _____ | $_____ |

**73.** **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1. AON RISK SERVICES NORTHEAST, INC. | _____ | _____ | _____ | | UNKNOWN |
| 73.2. SOMPO INSURANCE | _____ | _____ | _____ | | UNKNOWN |
| 73.3. SULLIVANCUSTISMONROE | _____ | _____ | _____ | | UNKNOWN |
| 73.4. EDGEWOOD PARTNERS INSURANCE | _____ | _____ | _____ | | UNKNOWN |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1. _____ | _____ | | $_____ | $_____ |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. CLAIM AGAINST TRADER JOE'S | LEGAL CLAIM RESULTING FROM LOSS OF BUSINESS | $_____ | UNKNOWN |

**76.** **Trusts, equitable or future interests in property**

| | | Current value of debtor's interest |
|---|---|---|
| 76.1. _____ | | $_____ |

**77.** **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | |
|---|---|
| 77.1. INTERCOMPANY RECEIVABLE FROM PASTA'S KITCHEN (N/K/A FRESH SELECTIONS, INC.) | $385,279.56 |
| 77.2. INTERCOMPANY RECEIVABLE FROM HMR FOODS HOLDING, LP | $328,434.58 |

**78.** **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| $713,714.14 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $101,921.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $313,372.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,597,160.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,066,827.75 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $81,714.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,335,577.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................ → | | $4,316,099.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.*                          + | $713,714.14 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $12,210,286.32  + 91b. | $4,316,099.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................        $16,526,385.32

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor   **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1.** | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |

BANK OF MONTREAL
100 KING STREET, WEST
7TH FLOOR
TORONTO ON M5X 1A1
CANADA

ALL ASSETS  $14,539,106.96   UNKNOWN

**Describe the lien**

BLANKET LIEN ON ALL ASSETS

**Creditor's email address, if known**

_____

**Date debt was incurred:** 6/27/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority. PACA CLAIMANTS HAVE A PRIORITY WITH RESPECT TO PERISHABLE COMMODITIES.

　☐ Yes. The relative priority of creditors is specified on lines: _____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$14,539,106.96**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| | Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| 3.1. | CHAPMAN AND CUTLER LLP<br>111 WEST MONROE STREET<br>CHICAGO IL 60603 | Line 2.1 | _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Debtor name:** Huxtable's Kitchen, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | LOS ANGELES COUNTY TAX COLLECTOR<br>225 N HILL ST<br>LOS ANGELES CA 90012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99,100.68 | $99,100.68 |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Nonpriority amount |
|---|---|
| | $0.00 |

**Date or dates debt was incurred**

JUNE 2016

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1.** **Nonpriority creditor's name and mailing address**

15 09/01/2015 VCHR. 213803
#N/A
#N/A #N/A #N/A

**Date or dates debt was incurred**

9/1/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$995.00

---

**3.2.** **Nonpriority creditor's name and mailing address**

A.C. DEPUYDT
5843 SHEILA STREET
COMMERCE CA 90040

**Date or dates debt was incurred**

FROM 2/3/2016 TO 3/25/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$63.25

---

**3.3.** **Nonpriority creditor's name and mailing address**

ABSOLUTE EXHIBITS
1382 VALENCIA AVESUITE H
TUSTIN CA 92780

**Date or dates debt was incurred**

5/5/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,493.49

---

Debtor    **Huxtable's Kitchen, Inc.**                                              Case number *(if known)* **16-_____**

---

**3.4.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

ACCOUNTING PRINCIPALS, INC
DEPT CH 14031
PALATINE IL 60055

□ Contingent

□ Unliquidated

□ Disputed

$20,311.75

**Date or dates debt was incurred**

FROM 12/13/2015 TO 2/7/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

□ Yes

---

**3.5.** **Nonpriority creditor's name and mailing address**

ADCO MANUFACTURING, INC.
2170 ACADEMY AVE.
SANGER CA 93657

**As of the petition filing date, the claim is:** *Check all that apply.*

□ Contingent

□ Unliquidated

□ Disputed

**Amount of claim**

$109.73

**Date or dates debt was incurred**

12/30/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

□ Yes

---

**3.6.** **Nonpriority creditor's name and mailing address**

ADVANCED COLOR GRAPHICS
2652 DOW AVE
TUSTIN CA 92780

**As of the petition filing date, the claim is:** *Check all that apply.*

□ Contingent

□ Unliquidated

□ Disputed

**Amount of claim**

$48,067.30

**Date or dates debt was incurred**

FROM 2/16/2016 TO 4/27/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

□ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.7.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AFLAC
WORLWIDE HEADQUARTERS
1932 WYNNTON ROAD
COLUMBUS GA 31999

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,916.34

**Date or dates debt was incurred**

FROM 3/26/2016 TO 4/25/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.8.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AIR LIQUIDE AMERICA SPECIALTY G
PO BOX 301046
DALLAS TX 75303

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,266.06

**Date or dates debt was incurred**

FROM 10/2/2015 TO 3/24/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.9.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AIR PRODUCTS & CHEMICALS INC.
P O BOX 935430
ATLANTA GA 31193-5430

☐ Contingent
☐ Unliquidated
☐ Disputed

$57,320.51

**Date or dates debt was incurred**

FROM 4/1/2016 TO 5/2/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

**3.10.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

AIRGAS USA, LLC
PO BOX 7423
PASADENA CA 91109-7423

$657.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 1/13/2015 TO 4/13/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.11.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALL FOOD & BEVERAGE
PO BOX 70708
RIVERSIDE CA 92513

$78,349.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 8/1/2015 TO 1/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.12.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ALLIED REFRIGERATION
1375 E. 15TH STREET
LOS ANGELES CA 90021

$4,643.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 7/15/2015 TO 3/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALPI INDUSTRIAL SUPPLY
1250 E. LEXINGTON AVE
POMONA CA 91766

☐ Contingent
☐ Unliquidated
☐ Disputed

$92.11

**Date or dates debt was incurred**

2/29/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ALTERNATIVE PALLET SOLUTIONS
9649 BELLEGRAVE AVE
RIVERSIDE CA 92509

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,100.00

**Date or dates debt was incurred**

5/9/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICAN VEGETABLE OILS, INC.
7244 CONDOR STREET
COMMERCE CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,704.00

**Date or dates debt was incurred**

2/2/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                           Case number *(if known)* **16-_____**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ARLON FOOD AND AGRICULTURE PARTNERS
LP
767 FIFTH AVENUE
15TH FLOOR
NEW YORK NY 10153

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,933,625.42

**Date or dates debt was incurred**

6/28/2014

**Basis for the claim:**

NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASTRO FOOD SERVICE, INC
1211 WHOLESALE STREET
LOS ANGELES CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,972.16

**Date or dates debt was incurred**

FROM 3/22/2016 TO 3/24/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ATLAPAC TRADING CO.
2240 S.GARFIELD AVE.
COMMERCE CA 90040-1808

☐ Contingent
☐ Unliquidated
☐ Disputed

$48,214.25

**Date or dates debt was incurred**

FROM 3/24/2016 TO 4/25/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

---

3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**Nonpriority creditor's name and mailing address**

ATMOS ENERGY
PO BOX 790311
ST LOUIS MO 63179-0311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,695.15

**Date or dates debt was incurred**

FROM 4/13/2016 TO 5/11/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.20. **Nonpriority creditor's name and mailing address**

AVCOGAS PROPANE SALES & SERVICE
253 N BERRY ST
BREA CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,651.18

**Date or dates debt was incurred**

FROM 11/2/2015 TO 5/16/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.21. **Nonpriority creditor's name and mailing address**

AVO-KING INTERNATIONAL INC.
2050 W. CHAPMAN AVE. SUITE 210
ORANGE CA 92868

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,400.00

**Date or dates debt was incurred**

FROM 3/23/2016 TO 4/18/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                                          Case number *(if known)* **16-_____**

| 3.22. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BACKFLOW PREVENTER TESTING & RE
2616 HANDLEY DRIVE
FORT WORTH TX 76112

☐ Contingent
☐ Unliquidated
☐ Disputed

$70.36

**Date or dates debt was incurred**

10/16/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.23. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BACKGROUNDS ONLINE
1915 21ST STREET
SACRAMENTO CA 95811

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,195.00

**Date or dates debt was incurred**

FROM 11/30/2014 TO 4/30/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.24. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BAKER COMMODITIES INC.
4020 BANDINI BLVD
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$125.00

**Date or dates debt was incurred**

5/6/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BATORY FOODS
P.O.BOX 80047
INDUSTRY CA 91716-8047

☐ Contingent
☐ Unliquidated
☐ Disputed

$30,453.16

**Date or dates debt was incurred**

FROM 4/24/2014 TO 4/21/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BATORY FOODS
P.O.BOX 80047
INDUSTRY CA 91716-8047

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,737.25

**Date or dates debt was incurred**

FROM 2/5/2016 TO 4/21/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BDO USA, LLP
PO BOX 31001-0860
PASADENA CA 91110-0860

☐ Contingent
☐ Unliquidated
☐ Disputed

$90,500.00

**Date or dates debt was incurred**

3/8/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BECKIE LIFFERTH
5075 EVERGREEN LN N
PLYMOUTH MN 55442

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,640.00

**Date or dates debt was incurred**

5/9/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BENESCH,FRIEDLANDER,COPLAN & AR
200 PUBLIC SQUARE, SUITE 2300
CLEVELAND OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,460.00

**Date or dates debt was incurred**

5/11/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BERRY AUDIT SERVICES LLC
509 SAN CLEMENTE ST.
VENTURA CA 93001

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,647.97

**Date or dates debt was incurred**

4/7/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

---

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.31. **Nonpriority creditor's name and mailing address**

BERRY PLASTICS CORP.
DEPT 710004
P.O.BOX 514670
LOS ANGELES CA 90051-4670

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,365.02

**Date or dates debt was incurred**

3/3/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.32. **Nonpriority creditor's name and mailing address**

BLUE CROSS & BLUE SHIELD OF RHO
P.O. BOX 1057
PROVIDENCE RI 02901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$34,937.08

**Date or dates debt was incurred**

FROM 4/26/2016 TO 5/25/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.33. **Nonpriority creditor's name and mailing address**

BRADLEYS PLASTIC BAG CO.
9130 FIRESTONE BL
DOWNEY CA 90241

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,860.38

**Date or dates debt was incurred**

3/8/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.34.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.34.**

**Nonpriority creditor's name and mailing address**

BRAZOS MARKETING CORP
6615 RENDON ROAD
FORT WORTH TX 76140

**Date or dates debt was incurred**

FROM 12/2/2015 TO 4/27/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$27,470.31

---

**3.35.**

**Nonpriority creditor's name and mailing address**

BREAK THROUGH ENGINEERING
1099 E CHAMPLAIN DR. # A-267
FRESNO CA 93720

**Date or dates debt was incurred**

FROM 11/5/2015 TO 4/12/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,505.00

---

**3.36.**

**Nonpriority creditor's name and mailing address**

BRENNER FIELDLER & ASSOCIATES,
4059 FLAT ROCK DRIVE
RIVERSIDE CA 92505

**Date or dates debt was incurred**

12/14/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$123.72

---

Debtor    **Huxtable's Kitchen, Inc.**                                                      Case number *(if known)* **16-_____**

| | |
|---|---|
| 3.37. | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

BRIAN LEATART
520 N. WESTERN AVENUE
LOS ANGELES CA 90004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5,170.23

**Date or dates debt was incurred**

FROM 4/13/2016 TO 4/28/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.38.    **Nonpriority creditor's name and mailing address**

BUNZL DALLAS
PO BOX 847348
DALLAS TX 75284-7348

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$29,848.13

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.39.    **Nonpriority creditor's name and mailing address**

BUNZL PROCESSOR DIVISION
12240 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$2,337.72

**Date or dates debt was incurred**

FROM 4/22/2016 TO 4/26/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

| | | | |
|---|---|---|---|
| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | BURNS & LEVINSON LLP 125 SUMMER STREET BOSTON MA 02110 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $471.64 |
| | **Date or dates debt was incurred** 3/11/2016 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | BUTTER BUDS INC. 24016 NETWORK PLACE CHICAGO IL 60673-1240 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,551.52 |
| | **Date or dates debt was incurred** 1/8/2016 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | C.C.I. 3540 EAST 26TH STREET LOS ANGELES CA 90058 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,255.37 |
| | **Date or dates debt was incurred** 12/23/2015 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.43.    **Nonpriority creditor's name and mailing address**

C.E.G.PROTECTION AGENCY
P.O.BOX 1143
PASADENA CA 91102

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,552.00

**Date or dates debt was incurred**

1/27/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.44.    **Nonpriority creditor's name and mailing address**

C.H.BELT COMPANY
26473 RANCHO PARKWAY SOUTH
LAKE FOREST CA 92630

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$35,152.96

**Date or dates debt was incurred**

FROM 3/4/2016 TO 4/25/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.45.    **Nonpriority creditor's name and mailing address**

CALIFORNIA PACKAGING
845 N. EUCLID AVE
ONTARIO CA 91762

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$75,062.20

**Date or dates debt was incurred**

FROM 1/15/2016 TO 4/22/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| 3.46. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.46.   **Nonpriority creditor's name and mailing address**

CAPITOL FOOD COMPANY
113930 MICA STREET
SANTA FE SPRINGS CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,103.00

**Date or dates debt was incurred**

FROM 4/15/2016 TO 4/29/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.47.   **Nonpriority creditor's name and mailing address**

CARDLOCK FUEL SYSTEMS INC
PO BOX 14014
ORANGE CA 92863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$54.44

**Date or dates debt was incurred**

5/15/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.48.   **Nonpriority creditor's name and mailing address**

CARICO JOHNSON TOOMEY LLP
841 APOLLO STREET,SUITE 450
EL SEGUNDO CA 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$162.50

**Date or dates debt was incurred**

2/16/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

---

**3.49.**   **Nonpriority creditor's name and mailing address**

CARMEN A. GONZALEZ

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.50.**   **Nonpriority creditor's name and mailing address**

CASTLE IMPORTING
14550 MILLER AVENUE
FONTANA CA 92336

**Date or dates debt was incurred**

FROM 4/12/2016 TO 4/25/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,821.30

---

**3.51.**   **Nonpriority creditor's name and mailing address**

CDW DIRECT LLC
PO BOX 75723
CHICAGO IL 60675

**Date or dates debt was incurred**

3/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$457.94

---

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.52.**

**Nonpriority creditor's name and mailing address**

CENTURYLINK
ACCT# 253-922-5294 021B
PO BOX 91155
SEATTLE WA 98111-9255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,108.68

**Date or dates debt was incurred**

FROM 3/10/2016 TO 5/10/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.53.**

**Nonpriority creditor's name and mailing address**

CERAMI SALES
524 EAST FINNEY COURT
GARDENA CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$17,454.74

**Date or dates debt was incurred**

4/21/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.54.**

**Nonpriority creditor's name and mailing address**

CERTIFIED LABORATORIES, INC.
23261 NETWORK PLACE
CHICAGO IL 60673-1232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$430.00

**Date or dates debt was incurred**

FROM 8/13/2015 TO 8/20/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**                                                         Case number *(if known)* **16-_____**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.55.

**Nonpriority creditor's name and mailing address**

CHARLIE'S PRODUCE - SEATTLE
PO BOX 24606
SEATTLE WA 98124

**Date or dates debt was incurred**

FROM 3/10/2016 TO 4/28/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

Amount of claim

$14,995.49

---

3.56.

**Nonpriority creditor's name and mailing address**

CHARTER COMMUNICATIONS
ACCT# 8246 10 001 6740677
PO BOX 790261
SAINT LOUIS MO 63179-0261

**Date or dates debt was incurred**

FROM 4/16/2016 TO 5/16/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

Amount of claim

$796.88

---

3.57.

**Nonpriority creditor's name and mailing address**

CHARTER EQUIPMENT SALES
2128 SO. GROVE AVE. # M
ONTARIO CA 91761

**Date or dates debt was incurred**

12/1/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

Amount of claim

$1,634.51

Debtor   **Huxtable's Kitchen, Inc.**                                                   Case number *(if known)* **16-_____**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.58.

**Nonpriority creditor's name and mailing address**

CHEP USA
ACCT# 4000099740
FILE 749003
LOS ANGELES CA 90074-9003

**Date or dates debt was incurred**

6/4/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$964.08

---

3.59.

**Nonpriority creditor's name and mailing address**

CITY OF FORT WORTH WATER DEPART
1608 11TH AVE
FORT WORTH TX 76102

**Date or dates debt was incurred**

FROM 3/24/2016 TO 5/24/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,704.09

---

3.60.

**Nonpriority creditor's name and mailing address**

CITY OF VERNON
ALARM SYSTEM PERMIT RENEWAL
4305 SANTA FE AVE.
VERNON CA 90058

**Date or dates debt was incurred**

FROM 4/28/2016 TO 6/7/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$48,712.94

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CITY TREASURER-TACOMA WA
ACCT# 100808499
PO BOX 11010
TACOMA WA 98411-1010

$5,308.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

FROM 3/28/2016 TO 4/26/2016                TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.62.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLASSIC CITY BAKERIES
623 NORTH MILLEDGE AVE
ATHENS GA 30601

$2,362.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

4/25/2016                                  TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.63.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CLEAN SWEEP SUPPLY CO.INC.
7171 TELEGRAPH RD
MONTEBELLO CA 90640

$22,834.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

FROM 1/15/2016 TO 4/28/2016                TRADE PAYABLE

**Last 4 digits of account number:**          **Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.64. **Nonpriority creditor's name and mailing address**

CLEAN WATER TECHNOLOGY, INC.
151 W. 135TH STREET
LOS ANGELES CA 90061

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$391.94

**Date or dates debt was incurred**

3/2/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.65. **Nonpriority creditor's name and mailing address**

CLIENT CENTERED ERP CONSULTING,
1614 CEDARCREST DRIVE
BREA CA 92821

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18,000.00

**Date or dates debt was incurred**

FROM 3/6/2016 TO 5/1/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.66. **Nonpriority creditor's name and mailing address**

COAST TO COAST COMPUTER PRODUCT
4277 VALLEY FAIR STREET
SIMI VALLEY CA 93063

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,659.74

**Date or dates debt was incurred**

FROM 3/3/2016 TO 4/15/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

**3.67.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| | |
CONEXIS, LP
P.O. BOX 8363
PASADENA CA 91109-8363

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$72.25

**Date or dates debt was incurred**

5/2/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.68.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CONTINENTAL PROCESSORS
681 S. CLARENCE STREET
LOS ANGELES CA 90023-1112

☐ Contingent
☐ Unliquidated
☐ Disputed

$214,629.50

**Date or dates debt was incurred**

FROM 3/29/2016 TO 4/28/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.69.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CORTECH ENGINEERING
A DXP COMPANY
PO BOX 201791
DALLAS TX 75320-1791

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,689.20

**Date or dates debt was incurred**

1/11/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                       Case number *(if known)* **16-_____**

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSTA PASTA
C/O PASTA MONTANA LLC
PO BOX 31001-1341
PASADENA CA 91110-1341

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,712.04

**Date or dates debt was incurred**

FROM 7/20/2015 TO 3/28/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.71. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COUNTRY FRESH LLC
DEPT 687
PO BOX 4346
HOUSTON TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

$61,600.64

**Date or dates debt was incurred**

FROM 4/1/2016 TO 4/29/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.72. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CO-WEST COMMODITIES
2586 SHENANDOAH WAY
SAN BERNARDINO CA 92407

☐ Contingent
☐ Unliquidated
☐ Disputed

$216.00

**Date or dates debt was incurred**

3/22/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                     Case number *(if known)* **16-_____**

---

3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

CRAIG HOPE
2514 POMINO WAY
PLEASANTON CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,166.67

**Date or dates debt was incurred**

4/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CREATIVE DOCUMENT SOLUTIONS
1629 MARION-WALDO ROAD
MARION OH 43302

☐ Contingent
☐ Unliquidated
☐ Disputed

$376.98

**Date or dates debt was incurred**

6/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

CRYOVAC INC.
26081 NETWORK PLACE
CHICAGO IL 60673-1260

☐ Contingent
☐ Unliquidated
☐ Disputed

$23,441.75

**Date or dates debt was incurred**

FROM 3/24/2016 TO 5/9/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

---

**3.76.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

| | CT CORPORATION<br>PO BOX 4349<br>CAROL STREAM IL 60197-4349 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $471.00 |

**Date or dates debt was incurred**

FROM 2/25/2016 TO 3/4/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.77.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D COMMERCIAL REFRIGERATION
PO BOX 150865
ARLINGTON TX 76111

☐ Contingent
☐ Unliquidated
☐ Disputed

$319.34

**Date or dates debt was incurred**

3/10/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.78.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

D.M. RECYCLING CO
PO BOX 60248
LOS ANGELES CA 90060-0248

☐ Contingent
☐ Unliquidated
☐ Disputed

$330.45

**Date or dates debt was incurred**

FROM 4/1/2016 TO 6/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                                                Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | DABECCA NATURAL FOODS, INC.<br>700 EAST 107TH STREET<br>CHICAGO IL 60628 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,940.20 |
| | **Date or dates debt was incurred**<br>4/8/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DAMASCUS BAKERY<br>56 GOLD STREET<br>BROOKLYN NY 11201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,423.04 |
| | **Date or dates debt was incurred**<br>4/1/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | DANISCO USA INC.<br>PO BOX 32020<br>NEW YORK NY 10087-2020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,778.70 |
| | **Date or dates debt was incurred**<br>FROM 1/5/2016 TO 2/12/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

DARLING INTERNATIONAL INC.
PO BOX 552210
DETROIT MI 48255-2210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,299.12

**Date or dates debt was incurred**

FROM 11/18/2015 TO 4/20/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.83.   **Nonpriority creditor's name and mailing address**

DAVID CRUZ
C/O HINDEN & BRESLAVSKY
4661 W. PICO BLVD.
LOS ANGELES CA 90019

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.84.   **Nonpriority creditor's name and mailing address**

DAYMON WORLDWIDE
P.O.BOX 3801
CAROL STREAM IL 60132-3801

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,779.57

**Date or dates debt was incurred**

FROM 12/1/2015 TO 4/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

**3.85.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.85.**

**Nonpriority creditor's name and mailing address**

DEBORAH LOUISE VERDUGO
3832 HELLMAN AVENUE
LOS ANGELES CA 90032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$662.80

**Date or dates debt was incurred**

9/16/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.86.**

**Nonpriority creditor's name and mailing address**

DEL MONTE FRESH PRODUCE N.A., INC.
C/O MARTYN & ASSOCIATES, M.A. AMENDOLA
920 W. SUPERIOR AVENUE
10TH FLOOR
CLEVELAND OH 44113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

APRIL - MAY 2016

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.87.**

**Nonpriority creditor's name and mailing address**

DELMONTE FRESH PRODUCE
BANK OF AMERICA
P.O. BOX 748088
LOS ANGELES CA 90074-8088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$14,860.11

**Date or dates debt was incurred**

FROM 3/28/2016 TO 5/2/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.88.

**Nonpriority creditor's name and mailing address**

DELTA PACKAGING INC.
5414 BRENDLYNN DRIVE
SUWANEE GA 30024

**Date or dates debt was incurred**

4/8/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,000.58

---

3.89.

**Nonpriority creditor's name and mailing address**

DEPARTMENT OF INDUSTRIAL RELATI
CASHIER ACCOUNTING OFFICE (PV)
P.O. BOX 420603
SAN FRANCISCO CA 94142-0603

**Date or dates debt was incurred**

5/10/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$240.00

---

3.90.

**Nonpriority creditor's name and mailing address**

DEWEY PEST CONTROL
7000 TELEGRAPH ROAD
COMMERCE CA 90040

**Date or dates debt was incurred**

FROM 3/10/2016 TO 5/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$6,181.00

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

**3.91.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

DISH
ACCT# 8255 7070 5505 9930
PO BOX 94063
PALATINE IL 60094-4063

☐ Contingent
☐ Unliquidated
☐ Disputed

$63.80

**Date or dates debt was incurred**

5/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.92.** **Nonpriority creditor's name and mailing address**

DISPENSA-MATIC LABEL DISPENSER
28220 PLAYMOR BEACH ROAD
ROCKY MOUNT MO 65072

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,363.31

**Date or dates debt was incurred**

10/5/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.93.** **Nonpriority creditor's name and mailing address**

DIVERSEY, INC
8215 FOREST POINTE BLVD.
CHARLOTTE NC 28273

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,868.20

**Date or dates debt was incurred**

FROM 2/11/2016 TO 4/7/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

---

**3.94.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.94.**

**Nonpriority creditor's name and mailing address**

DRIFTWOOD DAIRY
P.O.BOX 848296
LOS ANGELES CA 90084-8296

**Date or dates debt was incurred**

FROM 3/22/2016 TO 4/5/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$22,043.68

---

**3.95.**

**Nonpriority creditor's name and mailing address**

EASYPAK LLC
24 JYTEK DRIVE
LEOMINSTER MA 01453

**Date or dates debt was incurred**

FROM 3/1/2016 TO 4/26/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$10,054.10

---

**3.96.**

**Nonpriority creditor's name and mailing address**

ECOLAB PEST ELIM. DIV.
26252 NETWORK PLACE
CHICAGO IL 60673

**Date or dates debt was incurred**

FROM 4/14/2016 TO 5/5/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,529.14

---

Debtor    **Huxtable's Kitchen, Inc.**                                            Case number *(if known)* **16-_____**

---

3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

EDGEWOOD PARTNERS INSURANCE CEN
PO BOX 511389
LOS ANGELES CA 90051-7944

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$29,570.14

**Date or dates debt was incurred**

5/4/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.98.

**Nonpriority creditor's name and mailing address**

ELIZABETH'S FOOD COMPANY
2041 E. DEL AMO BLVD
COMPTON CA 90220

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,519.24

**Date or dates debt was incurred**

FROM 2/11/2016 TO 4/28/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.99.

**Nonpriority creditor's name and mailing address**

EMPIRE MARKETING STRATEGIES
11243 CORNELL PARK DRIVE
CINCINNATI OH 45242

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$119,445.14

**Date or dates debt was incurred**

FROM 1/1/2016 TO 4/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                                                 Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.100.  **Nonpriority creditor's name and mailing address**

ENGLAND LOGISTICS
P.O.BOX 953776
ST. LOUIS MO 63195-7695

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,945.07

**Date or dates debt was incurred**

FROM 1/9/2015 TO 5/27/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.101.  **Nonpriority creditor's name and mailing address**

ERNEST PACKAGING SOLUTIONS
5777 SMITHWAY ST
COMMERCE CA 90040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$47,049.50

**Date or dates debt was incurred**

FROM 3/1/2016 TO 4/28/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.102.  **Nonpriority creditor's name and mailing address**

EUFRACIA AYON ET AL.
C/O LAW OFFICES OF SARA ELIOT
6305 VAN NUYS BLVD.
VAN NUYS CA 91401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**                                        Case number *(if known)* **16-_____**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.103.    **Nonpriority creditor's name and mailing address**

EVO LOGISTICS
780 SOUTH ALAMEDA STREET UNIT #1
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$472.50

**Date or dates debt was incurred**

FROM 3/30/2016 TO 3/30/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.104.    **Nonpriority creditor's name and mailing address**

EXACT SOFTWARE NORTH AMERICA
1136 PAYSPHERE CIRCLE
CHICAGO IL 60674

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22.75

**Date or dates debt was incurred**

9/28/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.105.    **Nonpriority creditor's name and mailing address**

EXACTA MESSENGER SERVICE
8909 W.OLYMPIC BLVD.#100
BEVERLY HILLS CA 90211

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$148.75

**Date or dates debt was incurred**

FROM 4/4/2016 TO 4/18/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                                            Case number *(if known)* **16-_____**

**3.106.**   **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS CORPORATION
PO BOX 7221
PASADENA CA 91109-7321

**Date or dates debt was incurred**

FROM 2/22/2016 TO 5/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $19,719.19 |

---

**3.107.**   **Nonpriority creditor's name and mailing address**

FOOD MAKERS BAKERY EQUIPMENT IN
16019 ADELANTE STREET
IRWINDALE CA 91702

**Date or dates debt was incurred**

FROM 8/22/2014 TO 9/3/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $3,194.66 |

---

**3.108.**   **Nonpriority creditor's name and mailing address**

FOOD MARKETING SERVICES, INC
800 CONNECTICUT AVENUE, N.W.
WASHINGTON DC 20006

**Date or dates debt was incurred**

FROM 12/1/2015 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $4,494.10 |

Debtor   **Huxtable's Kitchen, Inc.**                                            Case number *(if known)* **16-_____**

---

3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|

FOOD MICROBIOLOGICAL LABORATORI
10653 PROGRESS WAY
CYPRESS CA 90630

$1,621.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 1/31/2016 TO 4/28/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.110. **Nonpriority creditor's name and mailing address**

FORT WORTH FIRE EXTINGUISHER CO
2400 LUDELLE UNIT 312
FORT WORTH TX 76105

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$161.37

**Date or dates debt was incurred**

3/23/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.111. **Nonpriority creditor's name and mailing address**

FRANCHISE TAX BOARD
ACCT: ISIDRO, MARIA DOLORES # 618131620
P.O.BOX 942867
SACRAMENTO CA 94267-0011

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$872.63

**Date or dates debt was incurred**

4/22/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                       Case number *(if known)* **16-_____**

---

**3.112.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.112.** **Nonpriority creditor's name and mailing address**

FRANCISCO GOMEZ
C/O LAWW OFFICES OF RAMIN R. YOUNESSI, R. YOUNESSI
3435 WILSHIRE BLVD.
#2200
LOS ANGELES CA 90010

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Basis for the claim:**

LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.113.** **Nonpriority creditor's name and mailing address**

FURMANO FOODS
PO BOX 12956
PHILADELPHIA PA 19176-0956

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,119.20

**Date or dates debt was incurred**

FROM 6/16/2015 TO 1/28/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.114.** **Nonpriority creditor's name and mailing address**

FUSION LOGISTICS
ACCOUNT # 00778709879NW 6355
PO BOX 1450
MINNEAPOLIS MN 55485-6355

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$359.91

**Date or dates debt was incurred**

3/23/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

G&J FORKLIFT, INC.
899 W. COWLES STUNIT C
LONG BEACH CA 90813

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$36,502.28

**Date or dates debt was incurred**

FROM 1/30/2016 TO 6/7/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.116.**   **Nonpriority creditor's name and mailing address**

G&K SERVICES
PO BOX 842385
BOSTON MA 02284-2385

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$20,217.85

**Date or dates debt was incurred**

FROM 3/18/2016 TO 5/20/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.117.**   **Nonpriority creditor's name and mailing address**

G&K SERVICES
PO BOX 842385
BOSTON MA 02284-2385

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,759.60

**Date or dates debt was incurred**

FROM 2/26/2016 TO 6/4/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                  Case number *(if known)* **16-_____**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.118. **Nonpriority creditor's name and mailing address**

G&K SERVICES-DALLAS
PO BOX 677057
DALLAS TX 75267-7057

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,551.83

**Date or dates debt was incurred**

FROM 2/16/2016 TO 4/29/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.119. **Nonpriority creditor's name and mailing address**

GEOFFREY S BICKHAM
18861 DRY CREEK RD
YORBA LINDA CA 92886

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$188,711.22

**Date or dates debt was incurred**

FROM 1/11/2016 TO 4/30/2016

**Last 4 digits of account number:**

**Basis for the claim:**

EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.120. **Nonpriority creditor's name and mailing address**

GIBNEY, ANTHONY & FLAHERTY, LLP
665 FIFTH AVENUE
NEW YORK NY 10022

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,714.96

**Date or dates debt was incurred**

FROM 12/11/2015 TO 3/17/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                           Case number *(if known)* **16-_____**

---

3.121.   **Nonpriority creditor's name and mailing address**

GKB & ASSOCIATES
1285 STRATFORD AVE.,
# 285SUITE G
DIXON CA 95620

**Date or dates debt was incurred**

FROM 2/1/2016 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,201.31 |

---

3.122.   **Nonpriority creditor's name and mailing address**

GLOBAL SUPPLY CO.
20628 CORSAIR BLVD
HAYWARD CA 94545

**Date or dates debt was incurred**

FROM 5/15/2013 TO 3/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,877.24 |

---

3.123.   **Nonpriority creditor's name and mailing address**

GOLDEN WEST TRADING, INC.
US BANK LOCKBOX
P.O.BOX 511541
LOS ANGELES CA 90051

**Date or dates debt was incurred**

FROM 4/5/2016 TO 4/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $137,547.60 |

---

Debtor   **Huxtable's Kitchen, Inc.**                                            Case number *(if known)* **16-_____**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.124.**

**Nonpriority creditor's name and mailing address**

HAGAR RESTAURANT SERVICES LLC
6200 N.W. 2ND ST
OKLAHOMA CITY OK 73127-6520

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,425.42

**Date or dates debt was incurred**

FROM 10/2/2015 TO 1/13/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.125.**

**Nonpriority creditor's name and mailing address**

HANDTMANN INC.
28690 N. BALLARD DRIVE
LAKE FOREST IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$126.85

**Date or dates debt was incurred**

4/17/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.126.**

**Nonpriority creditor's name and mailing address**

HARDIES FRUIT AND VEGETABLE CO
PO BOX 671554
DALLAS TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$53,187.30

**Date or dates debt was incurred**

FROM 3/28/2016 TO 4/30/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.127.**

**Nonpriority creditor's name and mailing address**

HEALTH NET OF CALIFORNIA, INC
FILE #52617
LOS ANGELES CA 90074-2617

**Date or dates debt was incurred**

5/13/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$18,711.35

---

**3.128.**

**Nonpriority creditor's name and mailing address**

HIDDEN VILLA RANCH
310 N. HARBOR BLVD STE. 205
FULLERTON CA 92834-9401

**Date or dates debt was incurred**

FROM 3/16/2016 TO 4/19/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$9,921.30

---

**3.129.**

**Nonpriority creditor's name and mailing address**

HIGH QUALITY ORGANICS
12101 MOYA BLVD
RENO NV 89506

**Date or dates debt was incurred**

FROM 1/29/2015 TO 1/30/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,698.90

---

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

---

**3.130.**  **Nonpriority creditor's name and mailing address**

HINDS-BOCK CORPORATION
2122 222ND ST., SE
BOTHELL WA 98021-4430

**Date or dates debt was incurred**

FROM 9/28/2015 TO 12/29/2015

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $513.51 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.131.**  **Nonpriority creditor's name and mailing address**

HOBART SERVICE
PO BOX 2517
CAROL STREAM IL 60132-2517

**Date or dates debt was incurred**

1/22/2016

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $373.16 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.132.**  **Nonpriority creditor's name and mailing address**

HUNTINGTON PARK RUBBER STAMP
2761 E. SLAUSON AVEPO BOX 519
HUNTINGTON PARK CA 90255-0519

**Date or dates debt was incurred**

FROM 3/4/2016 TO 4/26/2016

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|
| ☐ Contingent | $202.51 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

3.133.  **Nonpriority creditor's name and mailing address**

HYGIENA LLC
941 AVENIDA ACASO
CAMARILLO CA 93012

**Date or dates debt was incurred**

FROM 1/25/2016 TO 4/26/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $2,136.66 |

3.134.  **Nonpriority creditor's name and mailing address**

INDIGO PACIFIC GROUP
3706 92ND AVE. NW
GIG HARBOR WA 98335

**Date or dates debt was incurred**

4/18/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $5,038.00 |

3.135.  **Nonpriority creditor's name and mailing address**

INDIVIDUAL FOOD SERVICE
5496 LINDBERGH LANE
BELL CA 90201

**Date or dates debt was incurred**

FROM 3/24/2016 TO 4/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $69,414.22 |

Debtor   **Huxtable's Kitchen, Inc.**                                        Case number *(if known)* **16-_____**

---

3.136.   **Nonpriority creditor's name and mailing address**

INDO-EUROPEAN FOODS, INC.
1000 AIRY WAY
GLENDALE CA 91201

**Date or dates debt was incurred**

FROM 3/24/2016 TO 4/14/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $4,499.50 |

---

3.137.   **Nonpriority creditor's name and mailing address**

INDUSTRIAL CASTER & WHEEL CO.
2200 CARDEN STREET
SAN LEANDRO CA 94577

**Date or dates debt was incurred**

3/30/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $1,689.50 |

---

3.138.   **Nonpriority creditor's name and mailing address**

INSURANCE VISIONS INC.
150 EL CAMINO REAL #216
TUSTIN CA 92780

**Date or dates debt was incurred**

FROM 1/21/2015 TO 3/4/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $736.00 |

---

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|---|
| | INTERSTATE WAREHOUSING | ☐ Contingent |
| | DEPT 78743 | ☐ Unliquidated |
| | P.O.BOX 78000 | ☐ Disputed |
| | DETROIT MI 48278-0743 | |

**Amount of claim**

$499.06

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |
| FROM 4/23/2016 TO 5/31/2016 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

| | | |
|---|---|---|
| 3.140. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| IT CREATIONS, INC | ☐ Contingent |
| 9142 INDEPENDENCE AVE | ☐ Unliquidated |
| CHATSWORTH CA 91311 | ☐ Disputed |

**Amount of claim**

$27,795.00

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 1/27/2016 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

| | | |
|---|---|---|
| 3.141. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| J L SERVICE | ☐ Contingent |
| 9605 S. MAIN ST | ☐ Unliquidated |
| LOS ANGELES CA 90003 | ☐ Disputed |

**Amount of claim**

$1,400.00

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 3/15/2016 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

**3.142.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

J.HELLMAN FROZEN FOODS, INC.
P.O.BOX 86267
LOS ANGELES CA 90086-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

$202.40

**Date or dates debt was incurred**

4/1/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.143.** **Nonpriority creditor's name and mailing address**

JACOB MORENO
C/O LAWW OFFICES OF RAMIN R. YOUNESSI, R.
YOUNESSI
3435 WILSHIRE BLVD.
#2200
LOS ANGELES CA 90010

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.144.** **Nonpriority creditor's name and mailing address**

JAESCO MANUFACTURING & MAINTENA
2416 E 52ND STREET
VERNON CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$80.00

**Date or dates debt was incurred**

2/4/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

---

**3.145.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.145.** **Nonpriority creditor's name and mailing address**

JAVIER MILLAN, ET AL.
C/O LAWW OFFICES OF RAMIN R. YOUNESSI, R.
YOUNESSI
3435 WILSHIRE BLVD.
#2200
LOS ANGELES CA 90010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.146.** **Nonpriority creditor's name and mailing address**

JC PICCIOTTO INC
8056 SALT LAKE AVE
CUDAHY CA 90201

**Date or dates debt was incurred**

FROM 2/20/2016 TO 4/30/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$133,195.10

---

**3.147.** **Nonpriority creditor's name and mailing address**

JFC INTERNATIONAL
7885 NORTHCOURT ROAD SUITE 900
HOUSTON TX 77040

**Date or dates debt was incurred**

FROM 2/23/2016 TO 4/26/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$39,314.54

---

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

3.148.  **Nonpriority creditor's name and mailing address**

KEY CONTAINER COMPANY
4224 SANTA ANA STREET
SOUTH GATE CA 90280

**Date or dates debt was incurred**

4/11/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,916.37

---

3.149.  **Nonpriority creditor's name and mailing address**

KIKKOMAN INTERNATIONAL INC.
FILE 99424
LOS ANGELES CA 90074-9424

**Date or dates debt was incurred**

4/14/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,069.76

---

3.150.  **Nonpriority creditor's name and mailing address**

KING PLASTICS, INC.
840 N. ELM STREET
ORANGE CA 92867

**Date or dates debt was incurred**

FROM 2/23/2016 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$31,178.92

---

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

| 3.151. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | KIRKLAND & ELLIS LLP<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,959.21 |
| | **Date or dates debt was incurred**<br>5/2/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.152. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | L.A. SCALE<br>7349 SUVA ST. STE.# 4<br>DOWNEY CA 90240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,255.60 |
| | **Date or dates debt was incurred**<br>4/22/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.153. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LAKEVIEW CHEESE CO.<br>P.O. BOX 60426<br>BOULDER CITY NV 89006 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $130,169.07 |
| | **Date or dates debt was incurred**<br>FROM 3/29/2016 TO 5/2/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

**3.154.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LANDSBERG | | $5,016.46
| P.O.BOX 101144 | ☐ Contingent |
| PASADENA CA 91189-1144 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| FROM 3/25/2016 TO 5/20/2016 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.155.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LBA REALTY - 2ITF MLIC | | $105,012.34
| P.O.BOX 101316 | ☐ Contingent |
| PASADENA CA 91189-1316 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| FROM 5/10/2016 TO 5/10/2016 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.156.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| LEE KUM KEE (USA) INC. | | $363.07
| 14841 DON JULIAN ROAD | ☐ Contingent |
| INDUSTRY CA 91746 | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| FROM 3/4/2016 TO 4/28/2016 | TRADE PAYABLE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

---

Debtor   **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

**3.157.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.157.** **Nonpriority creditor's name and mailing address**

LES BOULANGERS ASSOCIES (LBA) I
18842 13TH PLACE SOUTH
SEATTLE WA 98148

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$17,472.00

**Date or dates debt was incurred**

11/4/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.158.** **Nonpriority creditor's name and mailing address**

LILIA BURGOS
C/O LAWW OFFICES OF RAMIN R. YOUNESSI, R.
YOUNESSI
3435 WILSHIRE BLVD.
#2200
LOS ANGELES CA 90010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Amount of claim**

UNKNOWN

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.159.** **Nonpriority creditor's name and mailing address**

LILLY ENGINEERING CO
217 CATALPA STREETP.O.BOX 173
ITASCA IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$365.13

**Date or dates debt was incurred**

4/24/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Huxtable's Kitchen, Inc.**                                              Case number *(if known)* **16-_____**

---

3.160. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

LINDY OFFICE PRODUCTS
1247 W. GROVE AVE
ORANGE CA 92865

☐ Contingent
☐ Unliquidated
☐ Disputed

$531.42

**Date or dates debt was incurred**

FROM 3/7/2016 TO 3/14/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.161. **Nonpriority creditor's name and mailing address**

LINEAGE LOGISTICS - VERNON
4100 BANDINI BLVD
LOS ANGELES CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$131,762.10

**Date or dates debt was incurred**

FROM 12/5/2015 TO 6/4/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.162. **Nonpriority creditor's name and mailing address**

LIVINGSTON INTERNATIONAL INC.
P.O.BOX 2168STN TERMINAL
VANCOUVER BC 4R5
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,806.84

**Date or dates debt was incurred**

FROM 6/8/2015 TO 5/24/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                                Case number *(if known)* **16-_____**

---

**3.163.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|||

LOS ANGELES COUNTY TAX COLLECTO
P.O.BOX 54244
LOS ANGELES CA 90054

☐ Contingent
☐ Unliquidated
☐ Disputed

$99,100.68

**Date or dates debt was incurred**

6/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.164.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

LOS ANGELES SALAD COMPANY
600 S.SIXTH AVE.
CITY OF INDUSTRY CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,255.60

**Date or dates debt was incurred**

4/22/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.165.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

M & R BOILER SERVICE
1417 ESPANOL AVE.
MONTEBELLO CA 90640

☐ Contingent
☐ Unliquidated
☐ Disputed

$171.32

**Date or dates debt was incurred**

4/18/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Huxtable's Kitchen, Inc.**                                                 Case number *(if known)* **16-_____**

3.166.    **Nonpriority creditor's name and mailing address**

MAC TRAILER LEASING/DBA PLM LEA
14095 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

**Date or dates debt was incurred**

FROM 1/27/2016 TO 6/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$32,352.62

---

3.167.    **Nonpriority creditor's name and mailing address**

MARZETTI FROZEN PASTA, INC.
DEPT. L-974
COLUMBUS OH 43260

**Date or dates debt was incurred**

3/31/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$28,915.92

---

3.168.    **Nonpriority creditor's name and mailing address**

MCKENNA BOILER WORKS, IMNC
1510 NORTH SPRING STREET
LOS ANGELES CA 90012

**Date or dates debt was incurred**

FROM 11/25/2015 TO 12/16/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,128.92

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.169.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MCMASTER-CARR SUPPLY CO.
PO BOX 7690
CHICAGO IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,615.99

**Date or dates debt was incurred**

FROM 11/11/2014 TO 3/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.170.** **Nonpriority creditor's name and mailing address**

MCMILLAN LLP
BROOKFIELD PLACE
181 BAY STREETSUITE 4400
TORONTO ON 2T3
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$619.81

**Date or dates debt was incurred**

12/31/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.171.** **Nonpriority creditor's name and mailing address**

MECHANICAL DRIVES & BELTING
P.O.BOX 39262
LOS ANGELES CA 90039

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,385.76

**Date or dates debt was incurred**

FROM 1/22/2016 TO 2/23/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                Case number *(if known)* **16-_____**

---

3.172.   **Nonpriority creditor's name and mailing address**

MERIDIAN SCALE
8702 SOUTH 222ND STREET
KENT WA 98031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$410.25

**Date or dates debt was incurred**

4/20/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.173.   **Nonpriority creditor's name and mailing address**

MICHELLI MEASUREMENT GROUP LLC
10751 FOREST STREET
SANTA FE SPRINGS CA 90670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,127.92

**Date or dates debt was incurred**

FROM 3/10/2016 TO 4/6/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.174.   **Nonpriority creditor's name and mailing address**

MICHELSON LABORATORIES, INC.
6280 CHALET DRIVE
COMMERCE CA 90040-3704

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,565.97

**Date or dates debt was incurred**

FROM 4/26/2016 TO 5/23/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

**3.175.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

MICRO-CHEM LABS. INC
711 6TH AVE N SUITE 100
SEATTLE WA 98109

☐ Contingent
☐ Unliquidated
☐ Disputed

$632.50

**Date or dates debt was incurred**

FROM 3/11/2016 TO 4/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.176.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MICRON LEASING
LEASE ADMINISTRATION CENTER
P. O. BOX 371992
PITTSBURGH PA 15250-7992

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,112.00

**Date or dates debt was incurred**

FROM 3/8/2016 TO 3/14/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.177.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MID-CENTURY INSURANCE COMPANY
C/O FARMERS INSURANCE
235 MAIN ST
PLEASANTON CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,059.00

**Date or dates debt was incurred**

4/1/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Huxtable's Kitchen, Inc.**                                                     Case number *(if known)* **16-_____**

3.178.    **Nonpriority creditor's name and mailing address**    | **As of the petition filing date, the claim is:** | **Amount of claim**

MOCON INC.
P.O.BOX 1450 N.W.8244
MINNEAPOLIS MN 55485-8244

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,019.96

**Date or dates debt was incurred**

1/18/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

3.179.    **Nonpriority creditor's name and mailing address**    | **As of the petition filing date, the claim is:** | **Amount of claim**

MOZAIK LLC
15320 VALLEY VIEWUNIT 9
LA MIRADA CA 90638

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$6,851.75

**Date or dates debt was incurred**

FROM 2/26/2016 TO 4/27/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

3.180.    **Nonpriority creditor's name and mailing address**    | **As of the petition filing date, the claim is:** | **Amount of claim**

MR. HOSE INC
5574 E. WASHINGTON BLVD.
COMMERCE CA 90040

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

$116.70

**Date or dates debt was incurred**

4/11/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

3.181.  **Nonpriority creditor's name and mailing address**

MR. HOSE INC.
5574 E WASHINGTON BLVD
COMMERCE CA 90040

**Date or dates debt was incurred**

FROM 3/28/2016 TO 3/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $205.18 |

---

3.182.  **Nonpriority creditor's name and mailing address**

MULLINIX PACKAGES, INC.
7185 SOLUTIONS CENTER
CHICAGO IL 60677-7001

**Date or dates debt was incurred**

FROM 1/8/2015 TO 4/14/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $53,123.19 |

---

3.183.  **Nonpriority creditor's name and mailing address**

MURREYS DISPOSAL CO.INC
PO BOX 60248
LOS ANGELES CA 90060-0248

**Date or dates debt was incurred**

FROM 4/1/2016 TO 6/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
| --- |
| $3,928.29 |

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

3.184.   **Nonpriority creditor's name and mailing address**

NATIONAL PACKAGING PRODUCTS
1900 S. TUBEWAY AVE.
COMMERCE CA 90040

**Date or dates debt was incurred**

FROM 12/3/2015 TO 4/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $40,883.68 |

---

3.185.   **Nonpriority creditor's name and mailing address**

NATURESEAL INC.
PO BOX 73495
CLEVELAND OH 44193

**Date or dates debt was incurred**

4/6/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,540.00 |

---

3.186.   **Nonpriority creditor's name and mailing address**

NEMCO FOOD PRODUCTS
2350 E 57TH STREET
VERNON CA 90058

**Date or dates debt was incurred**

FROM 3/30/2016 TO 5/5/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $22,431.90 |

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

3.187.   **Nonpriority creditor's name and mailing address**

NEWAY PACKAGING CORP.
P.O. BOX 31001-2261
PASADENA CA 91110-2261

**Date or dates debt was incurred**

FROM 3/10/2014 TO 5/9/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $7,386.94 |

---

3.188.   **Nonpriority creditor's name and mailing address**

NEWPORT FARMS INC.
105 PEARL STREET
CORONA CA 92879-1338

**Date or dates debt was incurred**

FROM 12/28/2015 TO 3/28/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $22,773.51 |

---

3.189.   **Nonpriority creditor's name and mailing address**

NEWPORT INGREDIENTS
5850 W. 3RD STREETSUITE 142
LOS ANGELES CA 90036

**Date or dates debt was incurred**

FROM 3/11/2016 TO 4/28/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $71,419.70 |

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

**3.190.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.190.**

**Nonpriority creditor's name and mailing address**

NIELSEN CITRUS PRODUCTS, INC.
15621 COMPUTER LANE
HUNTINGTON BEACH CA 92649

**Date or dates debt was incurred**

3/8/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,604.00

---

**3.191.**

**Nonpriority creditor's name and mailing address**

OCCUPATIONAL MEDICAL CLINIC OF
ACCT# 101 0025022951
PO BOX 9005
ADDISON TX 75001-9005

**Date or dates debt was incurred**

FROM 8/3/2015 TO 3/31/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$113.00

---

**3.192.**

**Nonpriority creditor's name and mailing address**

OFFICE DEPOT CREDIT PLAN
#6011 5666 0129 7124
PO BOX 6024
SIOUX FALLS SD 57117-6024

**Date or dates debt was incurred**

4/5/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$181.17

Debtor   **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

3.193. **Nonpriority creditor's name and mailing address**

ONE NETWORK ENTERPRISES
4055 VALLEY VIEW LANE, SUITE 1000
DALLAS TX 75244-5069

**Date or dates debt was incurred**

FROM 3/31/2016 TO 4/30/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $200.00 |

3.194. **Nonpriority creditor's name and mailing address**

ONE TIME CUSTOMER

**Date or dates debt was incurred**

12/15/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $5.00 |

3.195. **Nonpriority creditor's name and mailing address**

ONE TIME CUSTOMER - 1

**Date or dates debt was incurred**

2/19/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,391.68 |

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

**3.196.**  **Nonpriority creditor's name and mailing address**

ONE TIME CUSTOMER - 10
CUST# 62349600-0758
PO BOX 7429
PASADENA CA 91109-7429

**Date or dates debt was incurred**

5/2/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $2,522.72 |

---

**3.197.**  **Nonpriority creditor's name and mailing address**

ONE TIME CUSTOMER 3

**Date or dates debt was incurred**

4/7/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $4,000.00 |

---

**3.198.**  **Nonpriority creditor's name and mailing address**

ORKIN
25400 74TH AVE. SOUTH
KENT WA 98032

**Date or dates debt was incurred**

3/25/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
|---|
| $197.19 |

---

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

| | |
|---|---|
| 3.199. | **Nonpriority creditor's name and mailing address** |

**3.199.**

**Nonpriority creditor's name and mailing address**

ORKIN INC.
12710 MAGNOLIA AVE.
RIVERSIDE CA 92503-4620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

4/29/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$300.00

---

**3.200.**

**Nonpriority creditor's name and mailing address**

OSTERBAUER COMPRESSOR SERVICE
PO BOX 279
BUENA PARK CA 90621

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 1/7/2016 TO 3/31/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$5,832.70

---

**3.201.**

**Nonpriority creditor's name and mailing address**

PACK-LINE WEST, INC
PO BOX 7686
LA VERNE CA 91750

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 9/1/2015 TO 4/6/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$66,728.56

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**3.202.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

**3.202.** **Nonpriority creditor's name and mailing address**

PCM
FILE 55327
LOS ANGELES CA 90074-5327

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$365.54

**Date or dates debt was incurred**

1/7/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.203.** **Nonpriority creditor's name and mailing address**

PEARSON SALES COMPANY INC.
P.O.BOX 2984
POMONA CA 91769

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,225.35

**Date or dates debt was incurred**

FROM 4/7/2016 TO 4/25/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.204.** **Nonpriority creditor's name and mailing address**

PEGASUS FOODS, INC.
PO BOX 86404
LOS ANGELES CA 90086

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$27,214.04

**Date or dates debt was incurred**

4/7/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                                                 Case number *(if known)* **16-_____**

---

**3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

PENSKE TRUCK LEASING CO LP
CUST# 62349600-0758
PO BOX 7429
PASADENA CA 91109-7429

☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,045.78**

**Date or dates debt was incurred**

FROM 2/26/2016 TO 5/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.206.** **Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO.
CUST# 62349600-0758
PO BOX 7429
PASADENA CA 91109-7429

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

**$10,762.71**

**Date or dates debt was incurred**

FROM 2/26/2016 TO 5/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.207.** **Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO.L.P.
CUST# 62349600-0758
PO BOX 7429
PASADENA CA 91109-7429

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

**$9,317.75**

**Date or dates debt was incurred**

FROM 2/24/2015 TO 5/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

---

**3.208.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.208.**

**Nonpriority creditor's name and mailing address**

PERFORMANCE FOODSERVICE ROMA DA
PO BOX 209043
DALLAS TX 75320-3001

**Date or dates debt was incurred**

FROM 3/21/2016 TO 4/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$27,757.17

---

**3.209.**

**Nonpriority creditor's name and mailing address**

PILOT AIR FREIGHT CORP
P.O. BOX 654058
DALLAS TX 75265

**Date or dates debt was incurred**

FROM 3/24/2016 TO 4/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$4,328.44

---

**3.210.**

**Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL S
ACCT # 0545343
PO BOX 371887
PITTSBURGH PA 15250-7887

**Date or dates debt was incurred**

FROM 4/3/2016 TO 4/3/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$907.62

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PLYMOUTH POULTRY<br>PO BOX 24904<br>SEATTLE WA 98124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,019.61 |
| | **Date or dates debt was incurred**<br>FROM 4/18/2016 TO 4/28/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| 3.212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | POSITIVE LAB SERVICE<br>781 E. WASHINGTON BLVD<br>LOS ANGELES CA 90021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $289.00 |
| | **Date or dates debt was incurred**<br>9/29/2015 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

| 3.213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | PRAXAIR DISTRIBUTION INC<br>DEPT LA 21511<br>PASADENA CA 91185-1511 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,858.50 |
| | **Date or dates debt was incurred**<br>FROM 1/28/2016 TO 5/23/2016 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

---

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

---

3.214.   **Nonpriority creditor's name and mailing address**

PRAXAIR DISTRIBUTION INC.
DEPT LA 21511
PASADENA CA 91185-1511

**Date or dates debt was incurred**

FROM 11/3/2015 TO 5/20/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$12,342.77

---

3.215.   **Nonpriority creditor's name and mailing address**

PRAXAIR DISTRIBUTION INC.
DEPT LA 21511
PASADENA CA 91185-1511

**Date or dates debt was incurred**

FROM 7/8/2015 TO 4/20/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,144.80

---

3.216.   **Nonpriority creditor's name and mailing address**

PREFERRED PACKAGING SALES & SER
5903-C PEACHTREE INDUSTRIAL BLVD
NORCROSS GA 30092

**Date or dates debt was incurred**

FROM 1/8/2016 TO 4/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$26,754.43

---

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

**3.217.**  **Nonpriority creditor's name and mailing address**

PREMIER GEORGIA PRINTING & LABE
PO BOX 206
OAKWOOD GA 30566

**Date or dates debt was incurred**

3/31/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $1,095.00 |

---

**3.218.**  **Nonpriority creditor's name and mailing address**

PREMIER SALES SOLUTIONS
ROBERT KINSELLA
535 S NOLEN DR. SUITE 100
SOUTHLAKE TX 76092

**Date or dates debt was incurred**

FROM 11/12/2015 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $12,413.65 |

---

**3.219.**  **Nonpriority creditor's name and mailing address**

PROSEAL AMERICA INC.
7611 WHITEPINE ROAD
RICHMOND VA 23237

**Date or dates debt was incurred**

FROM 11/3/2015 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $28,821.01 |

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

---

3.220.   **Nonpriority creditor's name and mailing address**

PROTECTION ONE
PO BOX 219044
KANSAS CITY MO 64121

**Date or dates debt was incurred**

FROM 2/14/2016 TO 5/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,148.31 |

---

3.221.   **Nonpriority creditor's name and mailing address**

PUGET SOUND ENERGY
BOT-01H ACCT# 220003545716
P.O.BOX 91269
BELLEVUE WA 98009-9269

**Date or dates debt was incurred**

FROM 3/29/2016 TO 5/24/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $2,876.77 |

---

3.222.   **Nonpriority creditor's name and mailing address**

Q & B FOODS INC.
P.O.BOX 31001-0840
PASADENA CA 91110-0840

**Date or dates debt was incurred**

FROM 3/14/2016 TO 4/2/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☒ No

☐ Yes

| Amount of claim |
|---|
| $27,892.14 |

---

Debtor   **Huxtable's Kitchen, Inc.**                                              Case number *(if known)* **16-_____**

3.223.   **Nonpriority creditor's name and mailing address**

R & B FRESH EXPRESS INC.
P.O. BOX 4043
SUNLAND CA 91041-4043

**Date or dates debt was incurred**

FROM 3/21/2016 TO 5/2/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$21,896.00

3.224.   **Nonpriority creditor's name and mailing address**

R.B DWYER CO INC
ANAHEIM CA 92806

**Date or dates debt was incurred**

FROM 1/18/2016 TO 3/30/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$7,971.60

3.225.   **Nonpriority creditor's name and mailing address**

R.B.DWYER CO. INC.
182 COURTRIGHT STREET
WILKES-BARRE PA 18702

**Date or dates debt was incurred**

FROM 3/1/2016 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$15,368.17

Debtor   **Huxtable's Kitchen, Inc.**                                      Case number *(if known)* **16-_____**

| | | | |
|---|---|---|---|
| **3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

R.W. ZANT
1470 E.4TH STREET
LOS ANGELES CA 90033

☐ Contingent
☐ Unliquidated
☐ Disputed

$177,621.99

**Date or dates debt was incurred**

FROM 3/21/2016 TO 4/26/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.227.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

R.W.GARCIA CO.INC.
521 PARROTT ST
SAN JOSE CA 95112

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,144.00

**Date or dates debt was incurred**

FROM 3/3/2016 TO 4/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| **3.228.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RANCHO FOODS INC
2528 EAST 37TH STREET
VERNON CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

$80,368.54

**Date or dates debt was incurred**

FROM 4/5/2016 TO 5/3/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                              Case number *(if known)* **16-_____**

3.229.   **Nonpriority creditor's name and mailing address**

R-COLD INC.
1221 SOUTH G STREET
PERRIS CA 92570

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,921.60

**Date or dates debt was incurred**

FROM 3/9/2016 TO 4/19/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.230.   **Nonpriority creditor's name and mailing address**

REGAL TEMPORARY SERVICES INC.
DBA REGAL STAFFING SERVICES
424 E. LAMAR BLVD SUITE 100
ARLINGTON TX 76011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$649.77

**Date or dates debt was incurred**

5/4/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.231.   **Nonpriority creditor's name and mailing address**

RELIANT
PO BOX 650475
DALLAS TX 75265-0475

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,956.28

**Date or dates debt was incurred**

FROM 4/14/2016 TO 5/16/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

REST RENTALS
141 CRANE DRIVE
GRAND PRAIRIE TX 75052

$1,303.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 3/18/2016 TO 3/29/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.233.** **Nonpriority creditor's name and mailing address**

RICE LAKE WEIGHING SYSTEMS
230 W COLEMAN ST
RICE LAKE WI 54868

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$117.69

**Date or dates debt was incurred**

5/26/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.234.** **Nonpriority creditor's name and mailing address**

ROBERT HUMMER
4309 CLARISSA AVE.
LOS ANGELES CA 90027

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$475.00

**Date or dates debt was incurred**

3/22/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

**3.235.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ROCKVIEW FARMS
P.O.BOX 668
DOWNEY CA 90241

$35,900.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 3/18/2016 TO 4/18/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.236.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROMERO'S FOOD PRODUCTS
15155 VALLEY VIEW AVE.
SANTA FE SPRINGS CA 90670

$9,102.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 3/22/2016 TO 4/29/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.237.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

ROYAL PACIFIC FOODS
215 REINDOLLAR AVE
MARINA CA 93933

$687.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

4/19/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

3.238.    **Nonpriority creditor's name and mailing address**

SABERT CORPORATION
P.O.BOX 827615
PHILADELPHIA PA 19182-7615

**Date or dates debt was incurred**

FROM 7/21/2015 TO 4/27/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $6,335.52 |

3.239.    **Nonpriority creditor's name and mailing address**

SALES MANAGEMENT PARTNERS, INC.
426 PENNSYLVANIA AVENUESUITE 4
FORT WASHINGTON PA 19034

**Date or dates debt was incurred**

FROM 2/1/2016 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $2,986.39 |

3.240.    **Nonpriority creditor's name and mailing address**

SAMPCO, INC.
651 WEST WASHINGTON BLVD SUITE 300
CHICAGO IL 60661

**Date or dates debt was incurred**

4/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $54,621.00 |

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

**3.241.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.241.**

**Nonpriority creditor's name and mailing address**

SAND TRAP SERVICE COMPANY INC.
PO BOX 1823
FORT WORTH TX 76101

**Date or dates debt was incurred**

1/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$309.00

---

**3.242.**

**Nonpriority creditor's name and mailing address**

SANDRA RAMIREZ
C/O LAW OFFICES OF UGO O. ASOBIE, UGO
ASOBIE
3540 WILSHIRE BLVD.
# 508
LOS ANGELES CA 90010

**Date or dates debt was incurred**

_____

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

LITIGATION

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNKNOWN

---

**3.243.**

**Nonpriority creditor's name and mailing address**

SDV ROOFING, LLC
3600 W. PIONEER PKWY, STE. 11
ARLINGTON TX 76013

**Date or dates debt was incurred**

FROM 1/6/2015 TO 1/20/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,855.68

---

Debtor   **Huxtable's Kitchen, Inc.**                                                Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.244. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.244.   **Nonpriority creditor's name and mailing address**

SEAK INTERNATIONAL LTD
7 POLO COURT
SUFFERN NY 10901

**Date or dates debt was incurred**

3/15/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$50,000.00

---

3.245.   **Nonpriority creditor's name and mailing address**

SECURITY OF LOS ANGELES INC.
P.O.BOX 13604
PHILADELPHIA PA 19101-3604

**Date or dates debt was incurred**

FROM 4/1/2016 TO 4/1/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,074.41

---

3.246.   **Nonpriority creditor's name and mailing address**

SHEPARD BROS.INC
503 S.CYPRESS ST.
LA HABRA CA 90631

**Date or dates debt was incurred**

FROM 2/25/2016 TO 4/25/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$20,793.99

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**3.247.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SHIN SHIN FOODS CO
400 N THOMPSON ST
PORTLAND OR 97227-1819

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,065.75

**Date or dates debt was incurred**

FROM 3/9/2016 TO 4/27/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.248.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SIERRA NEVADA BREWING CO.
1075 EAST 20TH STREET
CHICO CA 95928

☐ Contingent
☐ Unliquidated
☐ Disputed

$984.00

**Date or dates debt was incurred**

4/3/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.249.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

SILLIKER INC.
3155 PAYSPHERE CIRCLE
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,796.45

**Date or dates debt was incurred**

FROM 12/31/2015 TO 5/31/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                   Case number *(if known)* **16-_____**

| 3.250. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SILVA'S PRINTING
P.O. BOX 421444
LOS ANGELES CA 90042

☐ Contingent
☐ Unliquidated
☐ Disputed

$75.21

**Date or dates debt was incurred**

5/3/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.251. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIMMERING SOUP KITCHEN, LLC
1800 MENDON ROAD
CUMBERLAND RI 02864

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,282,553.69

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.252. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SMART TALENT
P.O. BOX 2205
GIG HARBOR WA 98335-4205

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,243.65

**Date or dates debt was incurred**

FROM 12/3/2015 TO 4/14/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**3.253.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
|---|---|---|

SMITH FASTENER
3613 EAST FLORENCE AVE.
BELL CA 90201

$403.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 2/18/2016 TO 3/25/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.254.** **Nonpriority creditor's name and mailing address**

SO.CA. IMMEDIATE MEDICAL CENTER
7300 ALONDRA BLVD SUITE 101
PARAMOUNT CA 90723

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$60.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 1/31/2016 TO 2/29/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.255.** **Nonpriority creditor's name and mailing address**

SOCOPAC
3801 OCEAN RANCH BLVDSUITE 105
OCEANSIDE CA 92056

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$178.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

9/18/2014

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.256.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.256.**

**Nonpriority creditor's name and mailing address**

SOCOPAC CO
3801 OCEAN RANCH BLVDSUITE 105
OCEANSIDE CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$6,457.77

**Date or dates debt was incurred**

2/15/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.257.**

**Nonpriority creditor's name and mailing address**

SOLUT
7787 GRAPHICS WAY
LEWIS CENTER OH 43035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$5,955.76

**Date or dates debt was incurred**

3/17/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.258.**

**Nonpriority creditor's name and mailing address**

SONOCO PLASTICS
PO BOX 91218COLLECTION CENTER DRIVE
CHICAGO IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$40,019.70

**Date or dates debt was incurred**

4/15/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

3.259.    **Nonpriority creditor's name and mailing address**

SOUP BASES LOADED INC.
2355 E.FRANCIS STREET
ONTARIO CA 91761

**Date or dates debt was incurred**

FROM 1/14/2016 TO 2/16/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$51,837.84

---

3.260.    **Nonpriority creditor's name and mailing address**

SOUTH BAY INK JET SERVICE
4234 W. 133RD STREET UNIT C
HAWTHORNE CA 90250

**Date or dates debt was incurred**

FROM 2/6/2016 TO 4/20/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,051.45

---

3.261.    **Nonpriority creditor's name and mailing address**

SOUTHEASTERN FREIGHT LINES INC.
1919 OLD DUNBAR ROAD
WEST COLUMBIA SC 29172

**Date or dates debt was incurred**

1/5/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$78.50

---

Debtor    **Huxtable's Kitchen, Inc.**                                                          Case number *(if known)* **16-_____**

**3.262.**  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SPARKLETTS
P.O.BOX 660579
DALLAS TX 75266-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$378.20

**Date or dates debt was incurred**

FROM 5/1/2016 TO 6/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.263.**  **Nonpriority creditor's name and mailing address**

STAPLES CREDIT PLAN
DEPT.82-0002307015
PO BOX 9020
DES MOINES IA 50368-9020

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$99.54

**Date or dates debt was incurred**

4/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.264.**  **Nonpriority creditor's name and mailing address**

STEVEN H.HANEY, A LAW CORPORATI
1055 W.7TH ST STE. 1950
LOS ANGELES CA 90017

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22,368.70

**Date or dates debt was incurred**

FROM 2/29/2016 TO 3/31/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

**3.265.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

STUART HOSE & PIPE CORPORATION
701 RIVERSIDE DRIVE
FORT WORTH TX 76111

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$36.20

**Date or dates debt was incurred**

FROM 2/17/2016 TO 3/5/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.266.**    **Nonpriority creditor's name and mailing address**

SUMMIT ELECTRIC SUPPLY
PO BOX 848345
DALLAS TX 75284-8345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$323.18

**Date or dates debt was incurred**

FROM 2/24/2016 TO 4/13/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.267.**    **Nonpriority creditor's name and mailing address**

SUNRISE PACKAGING FILMS
P.O.BOX 5399
PLAYA DEL REY CA 90296

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14,761.00

**Date or dates debt was incurred**

4/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                                          Case number *(if known)* **16-_____**

**3.268.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

SUNTECK TRANSPORT GROUP
DEPT.#0579
P.O.BOX 850001
ORLANDO FL 32885-0579

☐ Contingent
☐ Unliquidated
☐ Disputed

$388,127.88

**Date or dates debt was incurred**

FROM 10/23/2015 TO 6/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.269.** **Nonpriority creditor's name and mailing address**

SUPHERB FARMS
P.O.BOX 45683
SAN FRANCISCO CA 94145-0683

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,141.90

**Date or dates debt was incurred**

FROM 3/17/2016 TO 4/19/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.270.** **Nonpriority creditor's name and mailing address**

SUPPLYWORKS
PO BOX 404468
ATLANTA GA 30384

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,336.13

**Date or dates debt was incurred**

FROM 10/21/2015 TO 2/10/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

**3.271.** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim**
--- | --- | ---

**3.271.** **Nonpriority creditor's name and mailing address**

SWEETENER PRODUCTS
P.O.BOX 58426
VERNON CA 90058-0426

**Date or dates debt was incurred**

4/4/2016

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,307.64

---

**3.272.** **Nonpriority creditor's name and mailing address**

SYRUP SUPPLY
18236 MIDBURY ST
BREA CA 92821

**Date or dates debt was incurred**

4/7/2014

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$70.80

---

**3.273.** **Nonpriority creditor's name and mailing address**

SYSCO FOODSERVICES OF VENTURA
P.O.BOX 432
OXNARD CA 93032-0432

**Date or dates debt was incurred**

FROM 3/4/2015 TO 4/28/2016

**Last 4 digits of account number:**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$131,360.04

---

Debtor   **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

SYSCO NORTH TEXAS
800 TRINITY DRIVE
LEWISVILLE TX 75056

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim

$125,578.71

**Date or dates debt was incurred**

FROM 3/28/2016 TO 4/29/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.275.** **Nonpriority creditor's name and mailing address**

T & J SAUSAGE KITCHEN, INC
2831 E. MIRALOMA
ANAHEIM CA 92806

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,580.00

**Date or dates debt was incurred**

1/26/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.276.** **Nonpriority creditor's name and mailing address**

TAMA TRADING COMPANY, INC
1920 E. 20TH STREET
LOS ANGELES CA 90058-1005

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,055.30

**Date or dates debt was incurred**

4/12/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

**3.277.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TAMPICO SPICE CO., INC.
P.O.BOX 1229
LOS ANGELES CA 90001-0229

$35,819.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 3/11/2016 TO 4/19/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.278.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TEINNOVATIONS INC.
30W100BUTTERFIELD RD
WARRENVILLE IL 60555

$16,366.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

FROM 10/26/2015 TO 1/28/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.279.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

TELEPACIFIC COMMUNICATIONS
ACCT# 32664
P.O. BOX 509013
SAN DIEGO CA 92150-9013

$869.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

5/31/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                Case number *(if known)* **16-_____**

**3.280.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

THE OFFICE CONNECTION
3747 ROBERTSON BLVD
CULVER CA 90232

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,453.59

**Date or dates debt was incurred**

FROM 2/1/2016 TO 4/22/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.281.**   **Nonpriority creditor's name and mailing address**

THE RESOURCE MANAGEMENT GROUP,
4686 MERCURY STREET
SAN DIEGO CA 92111

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,690.00

**Date or dates debt was incurred**

FROM 2/29/2016 TO 3/31/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.282.**   **Nonpriority creditor's name and mailing address**

THE RESTAURANT DEPOT
5333 WEST JEFERSON BLVD
LOS ANGELES CA 90016-3713

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31.25

**Date or dates debt was incurred**

10/5/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                        Case number *(if known)* **16-_____**

---

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

THOMPSON INDUSTRAIL SUPPLY INC.
P.O.BOX 1029
RANCHO CUCAMONGA CA 91729-1299

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$2,514.81

**Date or dates debt was incurred**

FROM 2/12/2016 TO 4/13/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.284.** **Nonpriority creditor's name and mailing address**

T-MOBILE
ACCT# 914432849
P.O.BOX 51843
LOS ANGELES CA 90051-6143

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$287.49

**Date or dates debt was incurred**

4/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.285.** **Nonpriority creditor's name and mailing address**

TORN & GLASSER
P.O.BOX 218231622 EAST OLYMPIC BLVD
LOS ANGELES CA 90021

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$4,148.00

**Date or dates debt was incurred**

10/15/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| | |
|---|---|
| 3.286. | **Nonpriority creditor's name and mailing address** |

| 3.286. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TRINIDAD BENHAM CORPORATION 3091 SOLUTION CENTER CHICAGO IL 60677-3000 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $3.30 |
| | **Date or dates debt was incurred** 12/21/2015 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.287. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TRINITY DISTRIBUTION INC 6058 WALKER AVENUE MAYWOOD CA 90270 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $30,160.00 |
| | **Date or dates debt was incurred** FROM 12/11/2015 TO 4/19/2016 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.288. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | TRI-SERVICE COMPANY, INC P.O. BOX 3513 SOUTH EL MONTE CA 91733-0513 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $732.36 |
| | **Date or dates debt was incurred** FROM 1/8/2016 TO 3/23/2016 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

3.289. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TROWE.NET
3720 SKYPARK DR.
TORRANCE CA 90505

☐ Contingent
☐ Unliquidated
☐ Disputed

$789.00

**Date or dates debt was incurred**

5/16/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.290. **Nonpriority creditor's name and mailing address**

TSS PERSONNEL
P.O. BOX 3428
PALOS VERDES CA 90274

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$639,873.16

**Date or dates debt was incurred**

FROM 3/18/2016 TO 4/1/2016

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.291. **Nonpriority creditor's name and mailing address**

TX DEPT OF LICENSING AND REGULA
PO BOX 12157
AUSTIN TX 78711

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$210.00

**Date or dates debt was incurred**

10/21/2015

**Last 4 digits of account number:**

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                          Case number *(if known)* **16-_____**

---

**3.292.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

ULINE
PO BOX 88741
CHICAGO IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,431.92

**Date or dates debt was incurred**

FROM 1/22/2016 TO 4/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.293.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNI-SYSTEMS
848 N.RAINBOW BLVD #2231
LAS VEGAS NV 89107

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,769.56

**Date or dates debt was incurred**

FROM 7/3/2015 TO 2/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.294.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

UNITED PACKAGING & JANITORIAL S
P.O.BOX 3212
SO. EL MONTE CA 91733

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,880.00

**Date or dates debt was incurred**

FROM 3/15/2016 TO 4/22/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                           Case number *(if known)* **16-_____**

---

**3.295.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

USDA FOOD SAFETY AND INSPECTION
US BANK-FSIS LOCKBOX ACCT# 3025451
P.O.BOX 979001
ST LOUIS MO 63197-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,904.17

**Date or dates debt was incurred**

5/11/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.296.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

USDA-FOOD SAFETY & INSPECTION S
US BANK-FSIS LOCKBOX ACCT# 3025451
P.O.BOX 979001
ST LOUIS MO 63197-9001

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,469.25

**Date or dates debt was incurred**

FROM 3/18/2016 TO 4/11/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.297.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

USDA-FOOD SAFETY & INSPECTION S
US BANK-FSIS LOCKBOX ACCT# 3025451
P.O.BOX 979001
ST LOUIS MO 63197-9001

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,113.96

**Date or dates debt was incurred**

FROM 3/11/2016 TO 5/11/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                                      Case number *(if known)* **16-_____**

**3.298.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

USE PRAX-TX
ACCT# QX710
PO BOX 120812 DEPT 0812
DALLAS TX 75312-0812

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,594.60

**Date or dates debt was incurred**

FROM 12/11/2014 TO 1/6/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.299.**   **Nonpriority creditor's name and mailing address**

VALLEY PROCESSING, INC.
P.O. BOX 246
SUNNYSIDE WA 98944

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,522.00

**Date or dates debt was incurred**

FROM 3/17/2016 TO 5/13/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.300.**   **Nonpriority creditor's name and mailing address**

VALLEY SPUDS
910 COMMERCIAL AVE
OXNARD CA 93030

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$66,945.70

**Date or dates debt was incurred**

FROM 3/18/2016 TO 5/3/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Huxtable's Kitchen, Inc.**                                        Case number *(if known)* **16-_____**

---

| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VAN DRUNEN FARMS
P.O.BOX 92170
ELK GROVE IL 60009

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,957.62

**Date or dates debt was incurred**

FROM 3/7/2016 TO 4/11/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VC999 PACKAGING SYSTEM INC.
419 EAST 11TH AVENUE
KANSAS MO 64116

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,264.06

**Date or dates debt was incurred**

FROM 2/18/2016 TO 3/17/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

VICTORIA PACIFIC TRADING CORP.
9451 TELSTAR AVE. UNIT B
EL MONTE CA 91731

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,844.23

**Date or dates debt was incurred**

FROM 1/7/2016 TO 4/15/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

**3.304.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.304.** **Nonpriority creditor's name and mailing address**

VJD INDUSTRIAL CONTRACTORS INC.
10341 HILDRETH AVENUE
SOUTH GATE CA 90280

**Date or dates debt was incurred**

FROM 11/2/2015 TO 1/22/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$35,995.00

---

**3.305.** **Nonpriority creditor's name and mailing address**

WALTERS WHOLESALE ELECTRIC CO.
P.O.BOX 91929
LONG BEACH CA 90809-1929

**Date or dates debt was incurred**

FROM 9/17/2015 TO 4/5/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,904.21

---

**3.306.** **Nonpriority creditor's name and mailing address**

WASTE & RECYCLING SERVICES, INC
ACCT # 202581
13714 CHESTNUT STREET
WHITTIER CA 90605

**Date or dates debt was incurred**

4/30/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

TRADE PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$15,174.06

---

Debtor   **Huxtable's Kitchen, Inc.**                                        Case number *(if known)* **16-_____**

---

| | | | | |
|---|---|---|---|---|
| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** | |
| | WASTE MANAGEMENT FORT WORTH HAULING PO BOX 660345 DALLAS TX 75266 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,519.29 | |
| | **Date or dates debt was incurred** FROM 4/22/2016 TO 5/24/2016 | **Basis for the claim:** TRADE PAYABLE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** | |
| | WELLS FARGO EQUIPMENT FINANCE M ACCT# 1000146559 P.O.BOX 7777 SAN FRANCISCO CA 94120-7777 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $261.53 | |
| | **Date or dates debt was incurred** 4/6/2016 | **Basis for the claim:** TRADE PAYABLE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** | |
| | WEST COAST LABELS 620 S. RICHFIELD RD PLACENTIA CA 92870 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $59,324.91 | |
| | **Date or dates debt was incurred** FROM 2/22/2016 TO 4/19/2016 | **Basis for the claim:** TRADE PAYABLE | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | | |

---

Debtor    **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

---

3.310.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| WEST COAST LABELS | ☐ Contingent | $8,302.13 |
| 620 S. RICHFIELD RD | ☐ Unliquidated | |
| PLACENTIA CA 92870 | ☐ Disputed | |

**Date or dates debt was incurred**          **Basis for the claim:**

FROM 3/8/2016 TO 4/6/2016                    TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.311.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| WEST COAST LABELS | ☐ Contingent | $11,769.48 |
| 620 S. RICHFIELD RD | ☐ Unliquidated | |
| PLACENTIA CA 92870 | ☐ Disputed | |

**Date or dates debt was incurred**          **Basis for the claim:**

FROM 2/17/2016 TO 4/12/2016                  TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

3.312.  | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|
| WEST INDUSTRIAL | ☐ Contingent | $4,553.43 |
| 8116 BYRON ROADSUITE B | ☐ Unliquidated | |
| WHITTIER CA 90606 | ☐ Disputed | |

**Date or dates debt was incurred**          **Basis for the claim:**

FROM 4/8/2016 TO 4/15/2016                   TRADE PAYABLE

**Last 4 digits of account number:**         **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Huxtable's Kitchen, Inc.**

Case number *(if known)* **16-_____**

---

**3.313.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

WESTERN MIXERS INC.
P. O. BOX 92835
LOS ANGELES CA 90009

☐ Contingent
☐ Unliquidated
☐ Disputed

$34,438.29

**Date or dates debt was incurred**

FROM 11/17/2014 TO 4/7/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.314.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

WHITE TOQUE INC.
PO BOX 2395
SECAUCUS NJ 07094-2395

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,791.19

**Date or dates debt was incurred**

FROM 3/30/2016 TO 4/6/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.315.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

WHOLESOME HARVEST BAKING,LLC
33341 TREASURY CENTER
CHICAGO IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,875.84

**Date or dates debt was incurred**

5/5/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                        Case number *(if known)* **16-_____**

---

**3.316.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WOODLAND FOODS
2972 MOMENTUM PLACE
CHICAGO IL 60689-5329

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,481.50

**Date or dates debt was incurred**

4/27/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.317.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

XEROX CORPORATION
P.O.BOX 7405
PASADENA CA 91109-7405

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,493.57

**Date or dates debt was incurred**

FROM 2/11/2016 TO 6/1/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.318.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

XPERT PACKAGING INC
31220 ELECTRIC AVENUE
NUEVO CA 92567

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,000.00

**Date or dates debt was incurred**

11/22/2015

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

| | | |
|---|---|---|
| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.319.   **Nonpriority creditor's name and mailing address**

XTUPLE
119 WEST YORK STREET
NORFOLK VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$50,130.00

**Date or dates debt was incurred**

2/3/2016

**Basis for the claim:**

TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  **Huxtable's Kitchen, Inc.**                                    Case number *(if known)* **16-_____**

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                                      |       |     | **Total of claim amounts** |
|-----|------------------------------------------------------|-------|-----|----------------------------|
| 5a. | **Total claims from Part 1**                         | 5a.   |     | $99,100.68                 |
| 5b. | **Total claims from Part 2**                         | 5b.   | **+** | $28,328,247.35           |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c.    | 5c.   |     | $28,427,348.03             |

**Fill in this information to identify the case:**

**Debtor name:** Huxtable's Kitchen, Inc.

**United States Bankruptcy Court for the:** District of Delaware

**Case number (if known):** 16-_____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1. | **Title of contract** | _____ | 1124 54TH AVE, FIFE, WA |
|---|---|---|---|
| | **State what the contract or lease is for** | BUILDING RENT | |
| | **Nature of debtor's interest** | _____ | |
| | **State the term remaining** | 26 MONTHS | |
| | **List the contract number of any government contract** | _____ | |

| 2.2. | **Title of contract** | COMMERCIAL LEASE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | BUILDING RENT | |
| | **Nature of debtor's interest** | _____ | 5305 WHITE SETTLEMENT ROAD C/O CONTINENTAL REAL ESTATE 222 W. EXCHANGE STREET FORT WORTH TX 76164 |
| | **State the term remaining** | 84 MONTHS | |
| | **List the contract number of any government contract** | _____ | |

| 2.3. | **Title of contract** | _____ | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LIQUID NITROGEN | |
| | **Nature of debtor's interest** | _____ | AIR PRODUCTS PO BOX 935430 ATLANTA GA 31193-5430 |
| | **State the term remaining** | ?? | |
| | **List the contract number of any government contract** | _____ | |

Debtor    **Huxtable's Kitchen, Inc.**                                                          Case number *(if known)* **16-_____**

2.4.    **Title of contract**    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    BUILDING RENT

    **Nature of debtor's interest**    _____

    **State the term remaining**    26 MONTHS    ANA FREDERICO
16380 RAILROAD AVE
MORGAN HILL CA 95037-5210

    **List the contract number of any government contract**    _____

2.5.    **Title of contract**    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    BUILDING RENT

    **Nature of debtor's interest**    _____    BUILDING NO. (2080 E. 49TH ST)

    **State the term remaining**    6 MONTHS

    **List the contract number of any government contract**    _____

2.6.    **Title of contract**    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    BUILDING RENT

    **Nature of debtor's interest**    _____    BUILDING NO.1 (2100 E. 49TH ST)

    **State the term remaining**    6 MONTHS

    **List the contract number of any government contract**    _____

2.7.    **Title of contract**    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    BUILDING RENT

    **Nature of debtor's interest**    _____    LBA REALTY
PO BOX 101316
PASADENA CA 91189-1316

    **State the term remaining**    ??

    **List the contract number of any government contract**    _____

2.8.    **Title of contract**    _____    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    **State what the contract or lease is for**    BUILDING RENT

    **Nature of debtor's interest**    _____    MONCREIF PROPERTIES
950 COMMERCE ST
FORT WORTH TX 76102

    **State the term remaining**    84 MONTHS

    **List the contract number of any government contract**    _____

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

**2.9.**   **Title of contract**   _____

State what the contract or lease is for          EQUIPMENT

Nature of debtor's interest   _____

State the term remaining          ??

List the contract number of any government contract   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

NEWAY PACKAGING
PO BOX 31001-2261
PASADENA CA 91110-2261

---

**2.10.**   **Title of contract**   _____

State what the contract or lease is for          EQUIPMENT LEASE

Nature of debtor's interest   _____

State the term remaining          29 MONTHS

List the contract number of any government contract   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENKSE 598593 TADC TRACTOR-LA

---

**2.11.**   **Title of contract**   _____

State what the contract or lease is for          EQUIPMENT LEASE

Nature of debtor's interest   _____

State the term remaining          38 MONTHS

List the contract number of any government contract   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENKSE 612771 24FT SAD MEDIUM REEFER-LA

---

**2.12.**   **Title of contract**   _____

State what the contract or lease is for          TRUCKS

Nature of debtor's interest   _____

State the term remaining          ??

List the contract number of any government contract   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENSKE
PO BOX 7429
PASADENA CA 91110-7429

---

**2.13.**   **Title of contract**   _____

State what the contract or lease is for          EQUIPMENT LEASE

Nature of debtor's interest   _____

State the term remaining          31 MONTHS

List the contract number of any government contract   _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENSKE 597874 22FT SAD MEDIUM REEFER-NW

---

Debtor  **Huxtable's Kitchen, Inc.**                                         Case number *(if known)* **16-_____**

**2.14.**  **Title of contract**

    **State what the contract or**  EQUIPMENT LEASE
    **lease is for**

    **Nature of debtor's interest**

    **State the term remaining**  38 MONTHS

    **List the contract number of**
    **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENSKE 636598 TADC TRACTOR-LA

---

**2.15.**  **Title of contract**

    **State what the contract or**  EQUIPMENT LEASE
    **lease is for**

    **Nature of debtor's interest**

    **State the term remaining**  38 MONTHS

    **List the contract number of**
    **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENSKE 636599 TADC TRACTOR-LA

---

**2.16.**  **Title of contract**

    **State what the contract or**  EQUIPMENT LEASE
    **lease is for**

    **Nature of debtor's interest**

    **State the term remaining**  38 MONTHS

    **List the contract number of**
    **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PENSKE 687594 24FT SAD MEDIUM REEFER-TX

---

**2.17.**  **Title of contract**

    **State what the contract or**  TRAILERS
    **lease is for**

    **Nature of debtor's interest**

    **State the term remaining**  ??

    **List the contract number of**
    **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PLM TRAILERS
14095 COLLECTIONS CENTER DR
CHICAGO IL 60693

---

**2.18.**  **Title of contract**

    **State what the contract or**  EQUIPMENT LEASE
    **lease is for**

    **Nature of debtor's interest**

    **State the term remaining**  ??

    **List the contract number of**
    **any government contract**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

PROSEAL AMERICA
7611 WHITEPINE ROAD
RICHMOND VA 23237

Debtor   **Huxtable's Kitchen, Inc.**                                                    Case number *(if known)* **16-_____**

**2.19.** **Title of contract**

State what the contract or lease is for          EQUIPMENT

Nature of debtor's interest

State the term remaining          ??

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

VC999
419 E 11TH AVE
KANSAS MO 64116

**2.20.** **Title of contract**

State what the contract or lease is for          EQUIPMENT FINANCE

Nature of debtor's interest

State the term remaining          29 MONTHS

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WELLS FARGO EQUIPMENT FINANCE
300 TRI-STATE INTERNATIONAL SUITE 400
LINCOLNSHIRE IL 60069

**2.21.** **Title of contract**

State what the contract or lease is for          EQUIPMENT LEASE

Nature of debtor's interest

State the term remaining          30 MONTHS

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

WELLS FARGO EQUIPMENT FINANCE-STACKER

**2.22.** **Title of contract**

State what the contract or lease is for          EQUIPMENT LEASE

Nature of debtor's interest

State the term remaining          2 MONTHS

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

XEROX B&W COPIER/PRINTER (3)

**2.23.** **Title of contract**

State what the contract or lease is for          EQUIPMENT LEASE

Nature of debtor's interest

State the term remaining          6 MONTHS

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

XEROX COLORED COPIER/PRINTER

| **Fill in this information to identify the case:** |
| --- |
| **Debtor name:** Huxtable's Kitchen, Inc. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 16-_____ |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.

1.    **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1.  HMR FOODS HOLDING, LP<br><br>C/O THE CORPORATION TRUST COMPANY | 1209 ORANGE STREET WILMINGTON DE 19801 | BANK OF MONTREAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.  HMR FOODS HOLDING, LP<br><br>C/O THE CORPORATION TRUST COMPANY | 1209 ORANGE STREET WILMINGTON DE 19801 | 5305 WHITE SETTLEMENT ROAD | ☐ D<br>☐ E/F<br>☑ G |
| 2.3.  HMR FOODS, LLC | 2080 E. 49TH STREET VERNON CA 90058 | BANK OF MONTREAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.4.  HMR PASTA KITCHEN, INC. (N/K/A FRESH SELECTION, INC.) | 350 CREDITSTONE ROAD CONCORD ON L4K 3Z2 CANADA | BANK OF MONTREAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.5.  HUXTABLE'S KITCHEN HOLDING CORP. | 2080 E. 49TH STREET VERNON CA 90058 | BANK OF MONTREAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.6.  SIMMERING SOUP KITCHEN, LLC | 1800 MENDON ROAD CUMBERLAND RI 02864 | BANK OF MONTREAL | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Huxtable's Kitchen, Inc. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 16-_____ |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/23/2016
            MM/DD/YYYY

✗ /s/ Jeff Nerland
Signature of individual signing on behalf of debtor

Jeff Nerland
Printed name

Chief Restructuring Officer
Position or relationship to debtor